## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

ALEXANDER FABRICS, LLLP,

        Plaintiff,

   v.

ROKA APPAREL PRODUCTS, LLC,

        Defendant.

C.A. No.

## COMPLAINT

Plaintiff, Alexander Fabrics, LLLP ("Alexander"), by way of Complaint against Defendant, RoKa Apparel Products, LLC ("RoKa" or "Defendant"), states and alleges as follows:

## INTRODUCTION

1.    This action arises from Defendant's willful refusal to pay for goods sold and delivered by Alexander between February and April 2005, in violation of the terms of the parties' agreement.

## JURISDICTION AND VENUE

2.    Alexander is a limited liability limited partnership formed under the laws of the State of North Carolina and having its principal place of business in the state of North Carolina.

3.    RoKa is a limited liability company formed under the laws of the State of Delaware, having its principal place of business in the State of Florida.

4.    The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. §1332, and therefore the Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. §1332.

5.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a), (c), in that Defendant is a limited liability company formed under the laws of the State of Delaware.

## THE PARTIES

6.    Alexander is a North Carolina limited liability limited partnership with its principal place of business located at 1311 Industry Drive, Burlington, North Carolina. Alexander is involved in the textile industry, specializing in the sale of fabric to garment manufacturers.

7.    RoKa is a Delaware limited liability company with its principal place of business at 9487 Regency Square Boulevard North, Jacksonville, Florida. RoKa is a manufacturer of various types of textile garments and undergarments.

## FACTS COMMON TO ALL COUNTS

8.    Pursuant to multiple purchase orders issued by RoKa, Alexander shipped various styles and colors of a customized fabric (the "Fabric") to Defendant between February and April 2005 to be used in the manufacture of their products.

9.    All of the Fabric was accepted by Roka. RoKa has either sold the Fabric, or continues to retain the sole and exclusive possession of the Fabric.

10.    On several occasions, RoKa acknowledged the total debt owed to Alexander for the Fabric, but stated it could not make payment due to severe financial difficulties. RoKa informed Alexander that it was involved in negotiations with other trade creditors to pay off its debts at a fraction of what was owed and had retained a New York based management firm to assist them in negotiating these trade creditor settlements.

11.    Despite Alexander's demand for payment and RoKa's acknowledgment of the debt, RoKa has refused to pay for the Fabric delivered by Alexander.

2

## COUNT ONE – BREACH OF CONTRACT

12.    Alexander repeats and realleges each and every allegation contained in the prior paragraphs of its Complaint as if set forth fully herein.

13.    There is a valid and enforceable agreement between the parties, to wit, Alexander would deliver specified quantities of fabric to Defendant, and Defendant would make payment for said fabric to Alexander.

14.    To date, Defendant has failed and refused to pay for the Fabric delivered by Alexander, which Defendant has either sold or still holds in its possession.

15.    Defendant's failure to pay for the Fabric sold and delivered constitutes a breach of the parties' agreement.

16.    Currently, Defendant owes Alexander $152,238.55 for the Fabric sold and delivered.

17.    As a direct and proximate result of Defendant's breach of contract, Alexander has and will continue to suffer substantial monetary damages.

## COUNT TWO – BOOK ACCOUNT

18.    Alexander repeats and realleges each and every allegation contained in the prior paragraphs of its Complaint as if set forth fully herein.

19.    As reflected in Alexander's books and business records, there is presently due and owing from Defendant to Alexander the sum of $152,238.55. Invoices evidencing the shipments of Fabric to RoKa and amounts outstanding are attached hereto as Exhibit A.

20.    Alexander has made numerous demands for payment of the outstanding balance and Defendant has failed and refused to make payment.

21.    As a result of Defendant's failure to make payment to Alexander, Defendant owes Alexander an outstanding balance of $152,238.55.

3

## COUNT THREE – UNJUST ENRICHMENT

22.    Alexander repeats and realleges each and every allegation contained in the prior paragraphs of its Complaint as if set forth fully herein.

23.    Alexander delivered the Fabric to Roka with the reasonable expectation that it would be timely compensated for same by Roka.

24.    Roka understood that Alexander reasonably expected to be compensated for the Fabric it delivered.

25.    Despite Alexander's repeated demands for payment, Defendant has failed and refused to pay for the Fabric and continues to maintain possession and control over the Fabric or the proceeds from its sale.

WHEREFORE, Plaintiff, Alexander Fabrics, LLLP, hereby requests judgment against Defendant, RoKa Apparel Products, LLC, as follows:

A.    Damages in an amount to be determined at trial;

B.    Reasonable attorneys' fees;

C.    Pre- and post-judgment interest;

D.    Costs of suit; and

E.    Such other and further relief as the Court deems just and proper under the circumstances.

4

Chad M. Shandler (#3796)
Steven J. Fineman (#4025)
Gregory E. Stuhlman (#4765)
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE   19801
(302)651-7700

DATED:  March 26, 2007

*Attorneys for Plaintiff*
*Alexander Fabrics, LLLP*

# EXHIBIT A

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

## INVOICE

INVOICE NUMBER:  0022999

INVOICE DATE:  2/01/2005

PAGE:  1

| | | | |
|---|---|---|---|
| **SOLD TO** | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL 322250000 | **SHIP TO** | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS. INC.<br>4222 JAMES E. CASEY DR.<br><br>JACKSONVILLE, FL 32219 |

| | | | |
|---|---|---|---|
| **BOL** | 0028987 | **PO NUMBER** | R357928 |
| **TERMS** | NET 60 | **PO DATE** | 12/22/2004 |
| **SHIP VIA** | WATKINS TRUCK | **CONTRACT #** | 0008564-000 |
| **SHIP DATE** | 2/01/2005 | **SALESMAN** | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 0      1209<br>01302 GPB PALE BLUSH GPB<br>GPB PALE BLUSH<br><br>SHADE: 10 | 0020449000000 | 25 | YD<br>SY<br>LB | 2462.0<br>6291.8<br>829.2 | 3.000 | 7386.00 |
| | SUBTOTAL | | | 2462.0 | | 7386.00 |
| | TOTAL | | | 2462.0 | | 7386.00 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597
CHARLOTTE, NC  28275  CAN

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0023000

INVOICE DATE:  2/01/2005

PAGE:  1

| | |
|---|---|
| **SOLD TO** | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 |
| **SHIP TO** | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E. CASEY DR.<br><br>JACKSONVILLE, FL  32219 |

| | | | |
|---|---|---|---|
| **BOL** | 0028988 | **PO NUMBER** | R357926 |
| **TERMS** | NET 60 | **PO DATE** | 12/22/2004 |
| **SHIP VIA** | WATKINS TRUCK | **CONTRACT #** | 0008562-000 |
| **SHIP DATE** | 2/01/2005 | **SALESMAN** | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 0      5445<br>01302 AIV ANTIQUE IVORY AIV<br>AIV ANTIQUE IVORY<br><br>SHADE: 10 | 0020579000000 | 2 | YD<br>SY<br>LB | 124.0<br>316.9<br>37.4 | 3.000 | 372.00 |
| | SUBTOTAL | | | 124.0 | | 372.00 |
| | TOTAL | | | 124.0 | | 372.00 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0023306

INVOICE DATE:  2/11/2005

PAGE:  1

| | | | |
|---|---|---|---|
| **SOLD TO** | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 | **SHIP TO** | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E. CASEY DR<br><br>JACKSONVILLE, FL  32219 |

| | | | |
|---|---|---|---|
| **BOL** | 0029282 | **PO NUMBER** | R358473 |
| **TERMS** | NET 90 | **PO DATE** | 1/24/2005 |
| **SHIP VIA** | WATKINS TRUCK | **CONTRACT #** | 0008813-000 |
| **SHIP DATE** | 2/11/2005 | **SALESMAN** | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 0        8062<br>01302 ATW TRUE WHITE ATW<br>ATW TRUE WHITE<br><br>SHADE: 10 | 0020818000000 | 14 | YD<br>SY<br>LB | 1344.0<br>3434.7<br>426.0 | 3.000 | 4032.00 |
| | SUBTOTAL | | | 1344.0 | | 4032.00 |
| | TOTAL | | | 1344.0 | | 4032.00 |

Send Remittance To:
ALEXANDER FABRICS
P O  BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission.

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0023307

INVOICE DATE:  2/11/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL 322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E. CASEY DR.<br><br>JACKSONVILLE, FL 32219 |
|---|---|---|---|

| BOL | 0029283 | PO NUMBER | R357928 |
|---|---|---|---|
| TERMS | NET 60 | PO DATE | 12/22/2004 |
| SHIP VIA | WATKINS TRUCK | CONTRACT # | 0008564-000 |
| SHIP DATE | 2/11/2005 | SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 0      1209<br>01302 GPB PALE BLUSH GPB<br>GPB PALE BLUSH<br><br>SHADE: 10 | 0020687000000 | 3 | YD<br>SY<br>LB | 213.0<br>544.3<br>78.2 | 3.000 | 639.00 |
| | SUBTOTAL | | | 213.0 | | 639.00 |
| | TOTAL | | | 213.0 | | 639.00 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0023308

INVOICE DATE:  2/11/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD  N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC<br>4222 JAMES E  CASEY DR<br><br>JACKSONVILLE, FL  32219 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| BOL | 0029284 | PO NUMBER | R357927 |
| TERMS | NET 60 | PO DATE | 12/22/2004 |
| SHIP VIA | WATKINS TRUCK | CONTRACT # | 0008563-000 |
| SHIP DATE | 2/11/2005 | SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 0        8062<br>01302 ATW TRUE WHITE ATW<br>ATW TRUE WHITE<br><br>SHADE: 10 | 0020934000000 | 17 | YD<br>SY<br>LB | 1585 0<br>4050 6<br>569 8 | 3 000 | 4755 00 |
| | SUBTOTAL | | | 1585.0 | | 4755.00 |
| | TOTAL | | | 1585.0 | | 4755.00 |

Send Remittance To:
ALEXANDER FABRICS
P O. BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0023503

INVOICE DATE:  2/17/2005

PAGE:  1

| | | | |
|---|---|---|---|
| **SOLD TO** | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 | **SHIP TO** | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC<br>4222 JAMES E. CASEY DR.<br><br>JACKSONVILLE, FL  32219 |

**BOL** 0029461
**TERMS** NET 60
**SHIP VIA** WATKINS TRUCK
**SHIP DATE** 2/17/2005

**PO NUMBER** R358647
**PO DATE** 1/31/2005
**CONTRACT #** 0008910-000
**SALESMAN** DAVID BLOOM

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 0      5816<br>01302 AUB RICH BLACK AUB<br>AUB RICH BLACK<br><br>SHADE: 30 | 0020943000001 | 5 | YD<br>SY<br>LB | 458 0<br>1170 4<br>154 1 | 3 280 | 1502 24 |
| | SUBTOTAL | | | 458 0 | | 1502.24 |
| | TOTAL | | | 458 0 | | 1502.24 |

Send Remittance To:
ALEXANDER FABRICS
P O. BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission.

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0023504

INVOICE DATE:  2/17/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL 322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E. CASEY DR.<br><br>JACKSONVILLE, FL 32219 |

**BOL** 0029463
**TERMS** NET 60
**SHIP VIA** WATKINS TRUCK
**SHIP DATE** 2/17/2005

**PO NUMBER** R356665
**PO DATE** 2/17/2005
**CONTRACT #** 0009123-000
**SALESMAN** DAVID BLOOM

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 0      8062<br>01302 ATW TRUE WHITE ATW<br>ATW TRUE WHITE<br><br>SHADE: 10 | 0020977000000 | 13 | YD<br>SY<br>LB | 1268.0<br>3240.5<br>456.5 | 3.000 | 3804.00 |
|  | SUBTOTAL |  |  | 1268.0 |  | 3804.00 |
|  | TOTAL |  |  | 1268.0 |  | 3804.00 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0023776

INVOICE DATE:  2/25/2005

PAGE:  1

| | |
|---|---|
| **SOLD TO** | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 |
| **SHIP TO** | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC<br>4222 JAMES E  CASEY DR.<br><br>JACKSONVILLE, FL  32219 |

| | | | |
|---|---|---|---|
| **BOL** | 0029640 | **PO NUMBER** | R357928 |
| **TERMS** | NET 60 | **PO DATE** | 12/22/2004 |
| **SHIP VIA** | WATKINS TRUCK | **CONTRACT #** | 0008564-000 |
| **SHIP DATE** | 2/25/2005 | **SALESMAN** | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 0       1209<br>01302 GPB PALE BLUSH GPB<br>GPB PALE BLUSH<br><br>SHADE: 10 | 0020760000000 | 3 | YD<br>SY<br>LB | 176 0<br>449 8<br>66 2 | 3 000 | 528.00 |
| | SUBTOTAL | | | 176 0 | | 528.00 |
| | TOTAL | | | 176 0 | | 528.00 |

Send Remittance To:
ALEXANDER FABRICS
P.O  BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission.

COPY 1

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

# INVOICE

INVOICE NUMBER:  0023777

INVOICE DATE:  2/25/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD  N<br>JACKSONVILLE. FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E  CASEY DR.<br><br>JACKSONVILLE. FL  32219 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| BOL | 0029641 | PO NUMBER | R358616 |
| TERMS | NET 60 | PO DATE | 1/31/2005 |
| SHIP VIA | WATKINS TRUCK | CONTRACT # | 0008909-000 |
| SHIP DATE | 2/25/2005 | SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 0      5445<br>01302 AIV ANTIQUE IVORY AIV<br>AIV ANTIQUE IVORY<br><br>SHADE: 10 | 0020944000000 | 17 | YD<br>SY<br>LB | 1551.0<br>3963.7<br>485.0 | 3.000 | 4653.00 |
| | SUBTOTAL | | | 1551.0 | | 4653.00 |
| | TOTAL | | | 1551.0 | | 4653.00 |

Send Remittance To:
ALEXANDER FABRICS
P O  BOX 751597
CHARLOTTE. NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission.

# Alexander Fabrics

**POST OFFICE BOX 147**
**BURLINGTON, NORTH CAROLINA 27216-0147**
**TELEPHONE: 336/229-9139**
**FACSIMILE..: 336/228-3332**

COPY 1

# INVOICE

INVOICE NUMBER:  0024246

INVOICE DATE:  3/11/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS. LLC<br>9487 REGENCY SQUARE BLVD  N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC<br>4222 JAMES E  CASEY DR<br><br>JACKSONVILLE, FL  32219 . |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **BOL** | 0030158 | **PO NUMBER** | R359162 |
| **TERMS** | NET 60 | **PO DATE** | 2/14/2005 |
| **SHIP VIA** | WATKINS TRUCK | **CONTRACT #** | 0009081-000 |
| **SHIP DATE** | 3/11/2005 | **SALESMAN** | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 4637 0        5816<br>43520 AUB RICH BLACK AUB<br>AUB RICH BLACK<br><br>SHADE: 30 | 0021180000000 | 2 | YD<br>SY<br>LB | 2225 0<br>3955.6<br>558.2 | 3.700 | 8232.50 |
| | SUBTOTAL | | | 2225 0 | | 8232.50 |
| | TOTAL | | | 2225 0 | | 8232.50 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  **0024247**

INVOICE DATE:  3/11/2005

PAGE:  1

| | | | |
|---|---|---|---|
| **SOLD TO** | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 | **SHIP TO** | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E. CASEY DR.<br><br>JACKSONVILLE, FL  32219 |

| | | | |
|---|---|---|---|
| **BOL** | 0030159 | **PO NUMBER** | R359160 |
| **TERMS** | NET 60 | **PO DATE** | 2/14/2005 |
| **SHIP VIA** | WATKINS TRUCK | **CONTRACT #** | 0009080-000 |
| **SHIP DATE** | 3/11/2005 | **SALESMAN** | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 4637 0      7960<br>43520 AH7 EGGSHELL AH7<br>AH7 EGGSHELL<br><br>SHADE: 10 | 0021181000000 | 1 | YD<br>SY<br>LB | 1006.0<br>1788.4<br>291.0 | 3.910 | 3933.46 |
| | SUBTOTAL | | | 1006.0 | | 3933.46 |
| | TOTAL | | | 1006.0 | | 3933.46 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0024457

INVOICE DATE:  3/18/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS. INC<br>4222 JAMES E  CASEY DR<br><br>JACKSONVILLE, FL  32219 |

| BOL | 0030327 |
| TERMS | NET 60 |
| SHIP VIA | WATKINS TRUCK |
| SHIP DATE | 3/18/2005 |

| PO NUMBER | R359145 |
| PO DATE | 2/14/2005 |
| CONTRACT # | 0009079-000 |
| SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    1209<br>01301 GPB PALE BLUSH GPB<br>GPB PALE BLUSH<br><br>SHADE: 10 | 0021410000000 | 24 | YD<br>SY<br>LB | 2359.0<br>7535.7<br>1005.6 | 3 170 | 7478 03 |
| | SUBTOTAL | | | 2359.0 | | 7478 03 |
| | TOTAL | | | 2359.0 | | 7478 03 |

Send Remittance To:
ALEXANDER FABRICS
P O  BOX 751597
CHARLOTTE. NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission.

PROOF

# ALEXANDER FABRICS INC.

# INVOICE

INVOICE NUMBER:   0024546

INVOICE DATE:   3/22/2005

PAGE:   1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD  N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC<br>4222 JAMES E. CASEY DR<br>JACKSONVILLE, FL  32219 |
|---|---|---|---|

| BOL | 0030427 | PO NUMBER | R358647 |
|---|---|---|---|
| TERMS | NET 60 | PO DATE | 1/31/2005 |
| SHIP VIA | WATKINS TRUCK | CONTRACT # | 0008910-000 |
| SHIP DATE | 3/22/2005 | SALESMAN | DB |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 0        5816<br>01302 AUB RICH BLACK AUB<br>AUB RICH BLACK<br><br>SHADE: MEDIUM | 0021507000000 | 6 | YD<br>SY<br>LB | 490.0<br>1252.2<br>157.5 | 3.210 | 1572.90 |
| | SUBTOTAL | | | 490.0 | | 1572.90 |
| | TOTAL | | | 490.0 | | 1572.90 |

Send Remittance To:
This account has been assigned to, is owned by
and is payable in par funds only to:

.

To whom notice must be given of any merchandise
return or claims for shortage, non-delivery or
for other grounds

PROOF

# ALEXANDER FABRICS INC.

# INVOICE

INVOICE NUMBER:  0024547

INVOICE DATE:  3/22/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC<br>4222 JAMES E  CASEY DR<br>JACKSONVILLE, FL  32219 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **BOL** | 0030428 | **PO NUMBER** | R359144 |
| **TERMS** | NET 60 | **PO DATE** | 2/14/2005 |
| **SHIP VIA** | WATKINS TRUCK | **CONTRACT #** | 0009078-000 |
| **SHIP DATE** | 3/22/2005 | **SALESMAN** | DB |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    5816<br>01301 AUB AUB<br>AUB RICH BLACK<br><br>SHADE: 30 | 0021413000000 | 39 | YD<br>SY<br>LB | 3899 0<br>12455 1<br>1686 7 | 3 540 | 13802 46 |
| | SUBTOTAL | | | 3899 0 | | 13802 46 |
| | TOTAL | | | 3899 0 | | 13802 46 |

<u>Send Remittance To:</u>
This account has been assigned to, is owned by
and is payable in par funds only to:

'

To whom notice must be given of any merchandise
return or claims for shortage. non-delivery or
for other grounds

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0024612

INVOICE DATE:  3/23/2005

PAGE:   1

| SOLD<br>TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 | SHIP<br>TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E. CASEY DR.<br><br>JACKSONVILLE, FL  32219 |
|---|---|---|---|

| BOL | 0030474 | | |
|---|---|---|---|
| TERMS | NET 60 | PO NUMBER | R359145 |
| SHIP VIA | WATKINS TRUCK | PO DATE | 2/14/2005 |
| SHIP DATE | 3/23/2005 | CONTRACT # | 0009079-000 |
| | | SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    1209<br>01301 GPB PALE BLUSH GPB<br>GPB PALE BLUSH<br><br>SHADE: 10 | 0021671000000 | 4 | YD<br>SY<br>LB | 412 0<br>1316 1<br>187 0 | 3 170 | 1306 04 |
| | SUBTOTAL | | | 412.0 | | 1306.04 |
| | TOTAL | | | 412 0 | | 1306 04 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597
CHARLOTTE. NC  28275

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0024613

INVOICE DATE:  3/23/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E. CASEY DR.<br><br>JACKSONVILLE, FL  32219 |
|---|---|---|---|

| BOL | 0030475 | PO NUMBER | R359432 |
|---|---|---|---|
| TERMS | NET 60 | PO DATE | 3/08/2005 |
| SHIP VIA | WATKINS TRUCK | CONTRACT # | 0009361-000 |
| SHIP DATE | 3/23/2005 | SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    5910<br>AIA PINK TUNE    01301<br>AIA PINK TUNE<br><br>SHADE: 10 | 0021688000000 | 11 | YD<br>SY<br>LB | 1036 0<br>3309 4<br>436 6 | 3 170 | 3284 12 |
| | SUBTOTAL | | | 1036.0 | | 3284 12 |
| | TOTAL | | | 1036.0 | | 3284.12 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0024867

INVOICE DATE:  4/01/2005

PAGE:   1

| | |
|---|---|
| **SOLD TO** | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 |

| | |
|---|---|
| **SHIP TO** | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E. CASEY DR.<br><br>JACKSONVILLE, FL  32219 |

**BOL** 0030696
**TERMS** NET 60
**SHIP VIA** WATKINS TRUCK
**SHIP DATE** 4/01/2005

**PO NUMBER** R359145
**PO DATE** 2/14/2005
**CONTRACT #** 0009079-000
**SALESMAN** DAVID BLOOM

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    1209<br>01301 GPB PALE BLUSH GPB<br>GPB PALE BLUSH<br><br>SHADE: 10 | 0021410000001 | 21 | YD<br>SY<br>LB | 2055.6<br>6566.5<br>900.8 | 3.170 | 6516.25 |
| | SUBTOTAL | | | 2055.6 | | 6516.25 |
| | TOTAL | | | 2055.6 | | 6516.25 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission.

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

## INVOICE

INVOICE NUMBER:  0024868

INVOICE DATE:  4/01/2005

PAGE:   1

| | |
|---|---|
| **SOLD TO** | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 |

| | |
|---|---|
| **SHIP TO** | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E. CASEY DR.<br><br>JACKSONVILLE, FL  32219 |

| | |
|---|---|
| **BOL** | 0030697 |
| **TERMS** | NET 60 |
| **SHIP VIA** | WATKINS TRUCK |
| **SHIP DATE** | 4/01/2005 |

| | |
|---|---|
| **PO NUMBER** | R359144 |
| **PO DATE** | 2/14/2005 |
| **CONTRACT #** | 0009078-000 |
| **SALESMAN** | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    5816<br>01301 AUB AUB<br>AUB RICH BLACK<br><br>SHADE: 30 | 0021413000001 | 14 | YD<br>SY<br>LB | 1192.0<br>3807.8<br>536.8 | 3.540 | 4219.68 |
| | SUBTOTAL | | | 1192.0 | | 4219.68 |
| | TOTAL | | | 1192.0 | | 4219.68 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597
CHARLOTTE, NC  28275

Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0024869

INVOICE DATE:  4/01/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL 322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E. CASEY DR.<br><br>JACKSONVILLE, FL  32219 |

| BOL | 0030698 |
| TERMS | NET 60 |
| SHIP VIA | WATKINS TRUCK |
| SHIP DATE | 4/01/2005 |

PO NUMBER  R359143
PO DATE      2/14/2005
CONTRACT #  0009077-000
SALESMAN  DAVID BLOOM

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    8062<br>01301 AIW TRUE WHITE ATW<br>ATW TRUE WHITE<br><br>SHADE: 10 | 0021415000001 | 21 | YD<br>SY<br>LB | 2002.4<br>6396.6<br>847.6 | 3.170 | 6347.61 |
| | SUBTOTAL | | | 2002.4 | | 6347.61 |
| | TOTAL | | | 2002.4 | | 6347.61 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597
CHARLOTTE, NC  28275

Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0025049

INVOICE DATE:  4/08/2005

PAGE:   1

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 | | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E. CASEY DR.<br><br>JACKSONVILLE, FL  32219 | |

| | | | |
|---|---|---|---|
| BOL | 0030885 | PO NUMBER | R358647 |
| TERMS | NET 60 | PO DATE | 1/31/2005 |
| SHIP VIA | WATKINS TRUCK | CONTRACT # | 0008910-000 |
| SHIP DATE | 4/08/2005 | SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 0      5816<br>01302 AUB RICH BLACK AUB<br>AUB RICH BLACK<br><br>SHADE: 30 | 0021921000000 | 5 | YD<br>SY<br>LB | 466.0<br>1190.9<br>166.8 | 3.280 | 1528.48 |
| | SUBTOTAL | | | 466.0 | | 1528.48 |
| | TOTAL | | | 466.0 | | 1528.48 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0025050

INVOICE DATE:  4/08/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E. CASEY DR.<br><br>JACKSONVILLE, FL  32219 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **BOL** | 0030887 | **PO NUMBER** | R359432 |
| **TERMS** | NET 60 | **PO DATE** | 3/08/2005 |
| **SHIP VIA** | WATKINS TRUCK | **CONTRACT #** | 0009361-000 |
| **SHIP DATE** | 4/08/2005 | **SALESMAN** | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    5910<br>AIA PINK TUNE    01301<br>AIA PINK TUNE<br><br>SHADE: 10 | 0021922000000 | 3 | YD<br>SY<br>LB | 323.0<br>1031.8<br>158.4 | 3.170 | 1023.91 |
| | SUBTOTAL | | | 323.0 | | 1023.91 |
| | TOTAL | | | 323.0 | | 1023.91 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission.

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0025051

INVOICE DATE:  4/08/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E. CASEY DR.<br><br>JACKSONVILLE, FL  32219 |
|---|---|---|---|

| BOL | 0030893 | PO NUMBER | R359144 |
|---|---|---|---|
| TERMS | NET 60 | PO DATE | 2/14/2005 |
| SHIP VIA | WATKINS TRUCK | CONTRACT # | 0009078-000 |
| SHIP DATE | 4/08/2005 | SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    5816<br>01301 AUB AUB<br>AUB RICH BLACK<br><br>SHADE: 30 | 0021414000000 | 13 | YD<br>SY<br>LB | 1253.0<br>4002.6<br>487.8 | 3.540 | 4435.62 |
| | SUBTOTAL | | | 1253.0 | | 4435.62 |
| | TOTAL | | | 1253.0 | | 4435.62 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

## INVOICE

INVOICE NUMBER:  0025052

INVOICE DATE:  4/08/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E. CASEY DR.<br><br>JACKSONVILLE, FL  32219 |

| | | | |
|---|---|---|---|
| **BOL** | 0030895 | **PO NUMBER** | R359144 |
| **TERMS** | NET 60 | **PO DATE** | 2/14/2005 |
| **SHIP VIA** | WATKINS TRUCK | **CONTRACT #** | 0009078-000 |
| **SHIP DATE** | 4/08/2005 | **SALESMAN** | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    5816<br>01301 AUB AUB<br>AUB RICH BLACK<br><br>SHADE: 30 | 0021414000001 | 3 | YD<br>SY<br>LB | 245.0<br>782.6<br>94.4 | 3.540 | 867.30 |
| | SUBTOTAL | | | 245.0 | | 867.30 |
| | TOTAL | | | 245.0 | | 867.30 |

<u>Send Remittance To:</u>
ALEXANDER FABRICS
P.O. BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission.

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER: **0025760**

INVOICE DATE: 4/29/2005

PAGE: 1

| | | | |
|---|---|---|---|
| **SOLD TO** | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL 322250000 | **SHIP TO** | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E. CASEY DR.<br><br>JACKSONVILLE, FL 32219 |

| | | | |
|---|---|---|---|
| **BOL** | 0031532 | **PO NUMBER** | R358647 |
| **TERMS** | NET 60 | **PO DATE** | 1/31/2005 |
| **SHIP VIA** | WATKINS TRUCK | **CONTRACT #** | 0008910-000 |
| **SHIP DATE** | 4/29/2005 | **SALESMAN** | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 0        5816<br>01302 AUB RICH BLACK AUB<br>AUB RICH BLACK<br><br>SHADE: 30 | 0022157000000 | 4 | YD<br>SY<br>LB | 348.0<br>889.3<br>118.0 | 3.280 | 1141.44 |
| | SUBTOTAL | | | 348.0 | | 1141.44 |
| | TOTAL | | | 348.0 | | 1141.44 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597
CHARLOTTE, NC 28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  **0025761**

INVOICE DATE:  4/29/2005

PAGE:  1

|  |  |  |  |
|---|---|---|---|
| **SOLD TO** | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 | **SHIP TO** | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E. CASEY DR.<br><br>JACKSONVILLE, FL  32219 |

| | | | |
|---|---|---|---|
| **BOL** | 0031533 | **PO NUMBER** | R359142 |
| **TERMS** | NET 60 | **PO DATE** | 2/14/2005 |
| **SHIP VIA** | WATKINS TRUCK | **CONTRACT #** | 0009075-000 |
| **SHIP DATE** | 4/29/2005 | **SALESMAN** | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    5445<br>01301AIV AIV<br>AIV ANTIQUE IVORY<br><br>SHADE: 10 | 0021418000000 | 50 | YD<br>SY<br>LB | 4882.9<br>15598.2<br>1913.2 | 3.170 | 15478.79 |
| | SUBTOTAL | | | 4882.9 | | 15478.79 |
| | TOTAL | | | 4882.9 | | 15478.79 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

## INVOICE

INVOICE NUMBER:  **0025762**

INVOICE DATE:  4/29/2005

PAGE:  1

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| ROKA APPAREL PRODUCTS, LLC | | ROKA APPAREL PRODUCTS | |
| 9487 REGENCY SQUARE BLVD. N | | C/O CROWLEY LOGISTICS, INC. | |
| JACKSONVILLE, FL 322250000 | | 4222 JAMES E. CASEY DR. | |
| | | JACKSONVILLE, FL 32219 | |

| | | PO NUMBER | R359143 |
|---|---|---|---|
| BOL | 0031534 | PO DATE | 2/14/2005 |
| TERMS | NET 60 | CONTRACT # | 0009077-000 |
| SHIP VIA | WATKINS TRUCK | SALESMAN | DAVID BLOOM |
| SHIP DATE | 4/29/2005 | | |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    8062 | 0021416000000 | 33 | YD | 3203 0 | 3 170 | 10153.51 |
| 01301 ATW TRUE WHITE ATW | | | SY | 10231.8 | | |
| ATW TRUE WHITE | | | LB | 1350 4 | | |
| SHADE: 10 | | | | | | |
| | SUBTOTAL | | | 3203.0 | | 10153.51 |
| | TOTAL | | | 3203 0 | | 10153.51 |

Send Remittance To:
ALEXANDER FABRICS
P O. BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

## INVOICE

INVOICE NUMBER:  **0025763**

INVOICE DATE:  4/29/2005

PAGE:  1

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| | ROKA APPAREL PRODUCTS, LLC | | ROKA APPAREL PRODUCTS |
| | 9487 REGENCY SQUARE BLVD. N | | C/O CROWLEY LOGISTICS, INC. |
| | JACKSONVILLE, FL  322250000 | | 4222 JAMES E. CASEY DR. |
| | | | JACKSONVILLE, FL  32219 |

| | | | |
|---|---|---|---|
| BOL | 0031535 | PO NUMBER | R359143 |
| TERMS | NET 60 | PO DATE | 2/14/2005 |
| SHIP VIA | WATKINS TRUCK | CONTRACT # | 0009077-000 |
| SHIP DATE | 4/29/2005 | SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    8062 | 0021415000000 | 32 | YD | 3089.0 | 3.170 | 9792.13 |
| 01301 ATW TRUE WHITE ATW | | | SY | 9867.6 | | |
| ATW TRUE WHITE | | | LB | 1326.2 | | |
| | | | | | | |
| SHADE: 10 | | | | | | |
| | SUBTOTAL | | | 3089.0 | | 9792.13 |
| | TOTAL | | | 3089.0 | | 9792.13 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597
CHARLOTTE, NC  28275

Fiber Products Identification filed with the Federal Trade Commission.

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

## INVOICE

INVOICE NUMBER:  **0025764**

INVOICE DATE:  4/29/2005

PAGE:   1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E. CASEY DR.<br><br>JACKSONVILLE, FL  32219 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **BOL** | 0031536 | **PO NUMBER** | R359143 |
| **TERMS** | NET 60 | **PO DATE** | 2/14/2005 |
| **SHIP VIA** | WATKINS TRUCK | **CONTRACT #** | 0009077-000 |
| **SHIP DATE** | 4/29/2005 | **SALESMAN** | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    8062<br>01301 ATW TRUE WHITE ATW<br>ATW TRUE WHITE<br><br>SHADE: 10 | 0021584000000 | 17 | YD<br>SY<br>LB | 1565.0<br>4999.3<br>662.3 | 3.170 | 4961.05 |
| | SUBTOTAL | | | 1565.0 | | 4961.05 |
| | TOTAL | | | 1565.0 | | 4961.05 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597
CHARLOTTE, NC  28275

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

## INVOICE

INVOICE NUMBER:  **0025765**

INVOICE DATE:  4/29/2005

PAGE:   1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E. CASEY DR.<br><br>JACKSONVILLE, FL  32219 |

| | | | |
|---|---|---|---|
| BOL | 0031537 | PO NUMBER | R359144 |
| TERMS | NET 60 | PO DATE | 2/14/2005 |
| SHIP VIA | WATKINS TRUCK | CONTRACT # | 0009078-000 |
| SHIP DATE | 4/29/2005 | SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0     5816<br>01301 AUB AUB<br>AUB RICH BLACK<br><br>SHADE: 30 | 0022101000000 | 6 | YD<br>SY<br>LB | 619.0<br>1977.4<br>274.8 | 3.540 | 2191.26 |
| | SUBTOTAL | | | 619.0 | | 2191.26 |
| | TOTAL | | | 619.0 | | 2191.26 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission.

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0025766

INVOICE DATE:  4/29/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E. CASEY DR.<br><br>JACKSONVILLE, FL  32219 |

| BOL | 0031538 | PO NUMBER | R359145 |
| TERMS | NET 60 | PO DATE | 2/14/2005 |
| SHIP VIA | WATKINS TRUCK | CONTRACT # | 0009079-000 |
| SHIP DATE | 4/29/2005 | SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    1209<br>01301 GPB PALE BLUSH GPB<br>GPB PALE BLUSH<br><br>SHADE: 10 | 0021411000001 | 22 | YD<br>SY<br>LB | 2161.9<br>6906.1<br>854.6 | 3.170 | 6853.22 |
| | SUBTOTAL | | | 2161.9 | | 6853.22 |
| | TOTAL | | | 2161.9 | | 6853.22 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597
CHARLOTTE, NC  28275

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0025767

INVOICE DATE:  4/29/2005

PAGE:  1

| | | | |
|---|---|---|---|
| **SOLD TO** | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 | **SHIP TO** | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E. CASEY DR.<br><br>JACKSONVILLE, FL  32219 |

| | | | |
|---|---|---|---|
| **BOL** | 0031539 | **PO NUMBER** | R359145 |
| **TERMS** | NET 60 | **PO DATE** | 2/14/2005 |
| **SHIP VIA** | WATKINS TRUCK | **CONTRACT #** | 0009079-000 |
| **SHIP DATE** | 4/29/2005 | **SALESMAN** | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    1209<br>01301 GPB PALE BLUSH GPB<br>GPB PALE BLUSH<br><br>SHADE: 10 | 0021411000000 | 30 | YD<br>SY<br>LB | 2980.3<br>9520.4<br>1167.0 | 3.170 | 9447.55 |
| | SUBTOTAL | | | 2980.3 | | 9447.55 |
| | TOTAL | | | 2980.3 | | 9447.55 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission.

JS 44
(Rev. 12/96)

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a)  PLAINTIFF**
Alexander Fabrics, LLLP

**DEFENDANT**
Roka Apparel Products, LLC

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT_____
( IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Chad M. Shandler
Steven J. Fineman
Gregory E. Stuhlman
Richards, Layton & Finger
One Rodney Square - P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

ATTORNEYS (IF KNOWN)

**II.  BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

☐ 1  U.S. Government
Plaintiff

☐ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

⊗ 4  Diversity
(Indicate Citizenship of Parties in Item III)

**III.  CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX
(For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ⊗ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1  Original Proceeding

☐ 2  Removed from State Court

☐ 3  Remanded from Appellate Court

☐ 4  Reinstated or Reopened

☐ 50  Transferred from another district (specify)

☐ 6  Multidistrict Litigation

☐ 7  Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|

**CONTRACT**
☐ 110  Insurance
☐ 120  Marine
☐ 130  Miller Act
☐ 140  Negotiable Instrument
☐ 150  Recovery of Overpayment & Enforcement of Judgment
☐ 151  Medicare Act
☐ 152  Recovery of Defaulted Student Loans (excl. Veterans)
☐ 153  Recovery of Overpayment of Veteran's Benefits
☐ 160  Stockholder's Suits
☐ 190  Other Contract
⊗ 195  Contract Product Liability

**REAL PROPERTY**
☐ 210  Land Condemnation
☐ 220  Foreclosure
☐ 230  Rent Lease & Eject
☐ 240  Torts to Land
☐ 245  Tort Product Liability
☐ 290  All Other Real Property

**TORTS**
**PERSONAL INJURY**
☐ 310  Airplane
☐ 315  Airplane Product Liability
☐ 320  Assault, Libel & Slander
☐ 330  Federal Employers Liability
☐ 340  Marine
☐ 345  Marine Product Liability
☐ 350  Motor Vehicle
☐ 355  Motor Vehicle Product Liability
☐ 360  Other Personal Injury

**PERSONAL INJURY**
☐ 362  Personal Injury - Med Malpractice
☐ 365  Personal Injury - Product Liability
☐ 368  Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370  Other Fraud
☐ 371  Truth in Lending
☐ 380  Other Personal Property Damage
☐ 385  Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441  Voting
☐ 442  Employment
☐ 443  Housing/ Accommodations
☐ 444  Welfare
☐ 440  Other Civil Rights

**PRISONER PETITIONS**
☐ 510  Motions to Vacate Sentence
Habeas Corpus:
☐ 530  General
☐ 535  Death Penalty
☐ 540  Mandamus & Other
☐ 550  Civil Rights
☐ 555  Prison Condition

**FORFEITURE/PENALTY**
☐ 610  Agriculture
☐ 620  Other Food & Drug
☐ 625  Drug Related Seizure of Property 21 USC 881
☐ 630  Liquor Laws
☐ 640  R.R. & Truck
☐ 650  Airline Regs.
☐ 660  Occupational Safety/Health
☐ 690  Other

**LABOR**
☐ 710  Fair Labor Standards Act
☐ 720  Labor/Mgmt. Relations
☐ 730  Labor/Mgmt. Reporting & Disclosure Act
☐ 740  Railway Labor Act
☐ 790  Other Labor Litigation
☐ 791  Empl. Ret. Inc. Security Act

**BANKRUPTCY**
☐ 422  Appeal 28 USC 158
☐ 423  Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820  Copyrights
☐ 830  Patent
☐ 840  Trademark

**SOCIAL SECURITY**
☐ 861  HIA (1395ff)
☐ 862  Black Lung (923)
☐ 863  DIWC/DIWW (405(g))
☐ 864  SSID Title XVI
☐ 865  RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870  Taxes (U.S. Plaintiff or Defendant)
☐ 871  IRS - Third Party 26 USC 7609

**OTHER STATUTES**

**VI.  CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIV

Diversity action for breach of contract - goods delivered but not paid for.

**VII.  REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A CLASS ACTION
☐ Under F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: __YES  _X_NO

**VIII. RELATED CASE(S)** (See instructions):
IF ANY

DATE  March 26, 2007

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #_____  AMOUNT _____  APPLYING IFP_____  JUDGE _____  MAG JUDGE _____

RLF1-3118464-1

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

### Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974. is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I. (a) Plaintiffs - Defendants. Enter names (last, first. middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency. identify first the agency and then the official. giving both name and title

(b) County of Residence. For each civil case filed, except U S plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U S plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases. the county of residence of the "defendant" is the location of the tract of land involved)

(c) Attorneys. Enter firm name. address. telephone number. and attorney of record. If there are several attorneys. list them on an attachment. noting in this section "(see attachment)"

II. Jurisdiction. The basis of jurisdiction is set forth under Rule 8 (a). F R C P , which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction. precedence is given in the order shown below

United States plaintiff. (1) Jurisdiction is based on 28 U S C 1345 and 1348. Suits by agencies and officers of the United States are included here

United States defendant. (2) When the plaintiff is suing the United States. its officers or agencies. place an X in this box

Federal question. (3) This refers to suits under 28 U S C 1331. where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution. an act of Congress or a treaty of the United States. In cases where the U S is a party. the U S plaintiff or defendant code takes precedence. and box 1 or 2 should be marked

Diversity of citizenship. (4) This refers to suits under 28 U S C 1332, where parties are citizens of different states. When Box 4 is checked. the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases )

III. Residence (citizenship) of Principal Parties. This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party

IV. Cause of Action. Report the civil statute directly related to the cause of action and give a brief description of the cause

V. Nature of Suit. Place an "X" in the appropriate box. If the nature of suit cannot be determined. be sure the cause of action, in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit. select the most definitive

VI. Origin. Place an "X" in one of the seven boxes

Original Proceedings. (1) Cases which originate in the United States district courts

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U S C . Section 1441. When the petition for removal is granted. check this box

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date

Transferred from Another District. (5) For cases transferred under Title 28 U S C Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U S C Section 1407. When this box is checked. do not check (5) above

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate's decision

VII. Requested in Complaint. Class Action. Place an "X" in this box if you are filing a class action under Rule 23. F R C P

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded

VIII. Related Cases. This section of the JS-44 is used to reference relating pending cases if any. If there are related pending cases. insert the docket numbers and the corresponding judge names for such cases

Date and Attorney Signature. Date and sign the civil cover sheet
(rev 07/89)

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

0 7 1 7 4

Civil Action No. _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____3____ COPIES OF AO FORM 85.

___3/26/07___
(Date forms issued)

X _Martha Capriello_
(Signature of Party or their Representative)

X _Matthew Capriello_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action