IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALEXANDER FABRICS, LLLP, | : |
| Plaintiff, | : |
| v. | : C.A. No. |
| ROKA APPAREL PRODUCTS, LLC, | : |
| Defendant. | : |

**RULE 7.1 CORPORATE DISCLOSURE**
**STATEMENT OF ALEXANDER FABRICS, LLLP**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Alexander Fabrics, LLLP respectfully submits this corporate disclosure statement. Alexander Fabrics, LLLP has no parent corporation. Chris Perry Investments, LLC has a 99% ownership interest in Alexander Fabrics, LLLP.

_____
Chad M. Shandler (#3796)
Steven J. Fineman (#4025)
fineman@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Plaintiff Alexander Fabrics, LLLP*

DATED: March 26, 2007