## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALEXANDER FABRICS, LLLP, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No.    0 7 ¯ 1 7 4 ¯ |
| ROKA APPAREL PRODUCTS, LLC, | : | |
| Defendant. | : | |

TO:    Roka Apparel Products, LLC
      c/o National Corporate Research, Ltd.
      615 South Dupont Hwy.
      Dover, Delaware 19901

      YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

          **Chad M. Shandler, Esquire**
          **Steven J. Fineman, Esquire**
          **Gregory E. Stuhlman, Esquire**
          **Richards, Layton & Finger**
          **One Rodney Square**
          **Wilmington, DE 19899**
          **(302) 651-7700**

an answer to the complaint which is herewith served upon you, within <u>twenty (20) days</u> after

service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment

by default will be taken against you for the relief demanded in the complaint. You must also file

your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

Clerk: _____

By Deputy Clerk _____

                              3/26/07
                                Date

• AO 440 (Rev 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/27/07 |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: ROKA APPAREL PRODUCTS, LLC C/O NATIONAL CORPORATE RESEARCH, LTD AT 615 S. DUPONT HWY. DOVER, DE  COPIES THEREOF WERE ACCEPTED BY JULIAN BESTMAN

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/27/07
Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 ofthe Federal Rules of Civil Procedure