IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALEXANDER FABRICS LLLP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 07-174-GMS |
| v. | ) |
| | ) |
| ROKA APPAREL PRODUCTS, LLC, | ) |
| | ) |
| Defendant | ) |

### STIPULATION AND ORDER

WHEREAS, Plaintiff having requested additional time to respond to Defendant's Motion to Dismiss for Lack of Jurisdiction Over the Subject Matter (D.I. 5);

WHEREAS, Defendant having no objection;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Plaintiff shall file and serve its answering brief in response to Defendant's Motion to Dismiss for Lack of Jurisdiction Over the Subject Matter (D.I. 5) is extended to and including June 1, 2007.

_____
Chad M. Shandler (#3796)
shandler@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700
Attorneys for Alexander Fabrics LLLP

_____
John C. Phillips, Jr. (#110)
jcp@pgslaw.com
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
302-655-4200
Attorneys for Defendant Roka Apparel Products, LLC

2

SO ORDERED this \_\_\_\_ day of _____, 2007

_____
United States District Judge