# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

STEVEN J. FINEMAN

DIRECT DIAL NUMBER
302-651-7592
FINEMAN@RLF.COM

May 18, 2007

**VIA HAND DELIVERY**
The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

Re: *Alexander Fabrics, LLLP v. Roka Apparel Products, LLC*
C.A. No. 07-174-GMS

Dear Judge Sleet:

We write pursuant to the Court's practices and procedures as set forth on the Court's website to outline the reasons for the relief sought in the Stipulation and Order filed with the Court in the above-referenced action on May 16, 2007 (the "Stipulation").

On March 26, 2007, Plaintiff Alexander Fabrics LLLP ("Plaintiff") commenced the present action. On April 30, 2007, Defendant filed a complaint in the Circuit Court, Fourth Judicial Circuit, in and for, Duval County Florida relating to the same dispute (the "Florida Action"). On May 4, 2007, Defendant filed a Motion to Dismiss for Lack of Jurisdiction Over the Subject Matter (D.I. 5) and an opening brief in support thereof. Per the stipulation filed on May 16, 2007, the parties agreed, subject to the approval of the Court, to extend the time in which Plaintiff shall file an answering brief through and including June 1, 2007.

The extension was requested for a couple of reasons. The attorney assigned to the above-referenced action resigned on or about the day before Defendant's opening brief was filed. Another attorney who had been involved with the case was on vacation at the time of the resignation. In addition, Plaintiff needs the extended time to respond to certain arguments raised in the brief. By way of example, among other issues, Plaintiff will address the propriety of the Florida Action -- an undertaking that necessitates additional investigation by Plaintiff. Given the arguments raised by Defendant, Plaintiff must also investigate what, if any, contacts Plaintiff has with the State of Florida before filing an answering brief and supporting affidavits if necessary.

For each of these reasons, Plaintiff respectfully requests that the Court enter the Stipulation as an order of the Court and extend the time in which Defendant shall file an answering brief through and including June 1, 2007. Contemporaneously with the filing of this

RLF1-3152983-1

The Honorable Gregory M. Sleet
May 18, 2007
Page 2

letter, Plaintiff is re-filing the Stipulation. We apologize for any inconvenience the original filing of the Stipulation may have caused the Court.

Of course, if Your Honor should have any questions or concerns, undersigned counsel remains available at the Court's convenience.

Respectfully,

*/s/ Steven J. Fineman* (#4025)

Steven J. Fineman (#4025)

SJF/lll
Enclosure

cc:   John C. Phillips, Jr., Esquire (By Hand Delivery)

RLF1-3152983-1