## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALEXANDER FABRICS, LLLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-174-GMS |
| | ) | |
| ROKA APPAREL PRODUCTS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### FIRST AMENDED COMPLAINT

Plaintiff, Alexander Fabrics, LLLP ("Alexander"), by way of Complaint against Defendant, RoKa Apparel Products, LLC ("RoKa" or "Defendant"), states and alleges as follows:

### INTRODUCTION

1.     This action arises from Defendant's willful refusal to pay for goods sold and delivered by Alexander between February and April 2005, in violation of the terms of the parties' agreement.

### THE PARTIES AND JURISDICTION

2.     Alexander is a North Carolina limited liability limited partnership formed under the laws of the State of North Carolina, with its principal place of business located at 1311 Industry Drive, Burlington, North Carolina.  Alexander is involved in the textile industry, specializing in the sale of fabric to garment manufacturers.

3.     Chris Perry Investments, LLC ("Perry") and Chris Perry Investments II, LLC ("Perry II") are the sole partners in Alexander.  Both of these entities are formed under the laws of Pennsylvania and have their principal place of business in Hawthorne, New Jersey.  Perry and Perry II only have two members one of which resides in New York and the other in New Jersey.

4.    RoKa is a Delaware limited liability company with its current principal place of business at 9487 Regency Square Boulevard North, Jacksonville, Florida.  RoKa is a manufacturer of various types of textile garments and undergarments.

5.    Upon information and belief, Larry L. Stone is the managing member of RoKa who resided in the State of Connecticut and now resides in the State of Florida.

6.    Upon information and belief, there is a complete diversity of jurisdiction between the partners of Alexander and the members of RoKa.

7.    The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. §1332, and therefore the Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. §1332.

8.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a), (c), in that Defendant is a limited liability company formed under the laws of the State of Delaware.

## FACTS COMMON TO ALL COUNTS

9.    Pursuant to multiple purchase orders issued by RoKa, Alexander shipped various styles and colors of a customized fabric (the "Fabric") to Defendant between February and April 2005 to be used in the manufacture of their products.

10.    All of the Fabric was accepted by RoKa.  RoKa has either sold the Fabric, or continues to retain the sole and exclusive possession of the Fabric.

11.    On several occasions, RoKa acknowledged the total debt owed to Alexander for the Fabric, but stated it could not make payment due to severe financial difficulties.  RoKa informed Alexander that it was involved in negotiations with other trade creditors to pay off its debts at a fraction of what was owed and had retained a New York based management firm to assist them in negotiating these trade creditor settlements.

12.    Despite Alexander's demand for payment and RoKa's acknowledgment of the debt, RoKa has refused to pay for the Fabric delivered by Alexander.

## COUNT ONE – BREACH OF CONTRACT

13.    Alexander repeats and realleges each and every allegation contained in the prior paragraphs of its Complaint as if set forth fully herein.

14.    There is a valid and enforceable agreement between the parties, to wit, Alexander would sell specified quantities of fabric to Defendant, and Defendant would make payment for said fabric to Alexander.

15.    To date, Defendant has failed and refused to pay for the Fabric delivered by Alexander, which Defendant has either sold or still holds in its possession.

16.    Defendant's failure to pay for the Fabric sold and delivered constitutes a breach of the parties' agreement.

17.    Currently, Defendant owes Alexander $152,238.55 for the Fabric sold and delivered.

18.    As a direct and proximate result of Defendant's breach of contract, Alexander has and will continue to suffer substantial monetary damages.

## COUNT TWO – BOOK ACCOUNT

19.    Alexander repeats and realleges each and every allegation contained in the prior paragraphs of its Complaint as if set forth fully herein.

20.    As reflected in Alexander's books and business records, there is presently due and owing from Defendant to Alexander the sum of $152,238.55. Invoices evidencing the shipments of Fabric to RoKa and amounts outstanding are attached hereto as Exhibit A.

21.    Alexander has made numerous demands for payment of the outstanding balance and Defendant has failed and refused to make payment.

3

22.     As a result of Defendant's failure to make payment to Alexander, Defendant owes Alexander an outstanding balance of $152,238.55.

## COUNT THREE – UNJUST ENRICHMENT

23.     Alexander repeats and realleges each and every allegation contained in the prior paragraphs of its Complaint as if set forth fully herein.

24.     Alexander delivered the Fabric to RoKa with the reasonable expectation that it would be timely compensated for same by RoKa.

25.     RoKa understood that Alexander reasonably expected to be compensated for the Fabric it delivered.

26.     Despite Alexander's repeated demands for payment, Defendant has failed and refused to pay for the Fabric and continues to maintain possession and control over the Fabric or the proceeds from its sale.

WHEREFORE, Plaintiff, Alexander Fabrics, LLLP, hereby requests judgment against Defendant, RoKa Apparel Products, LLC, as follows:

A.     Damages in an amount to be determined at trial;

B.     Reasonable attorneys' fees;

C.     Pre- and post-judgment interest;

D.     Costs of suit; and

E.     Such other and further relief as the Court deems just and proper under the circumstances.

RLF1-3110155-4

Chad M. Shandler (#3796)
Steven J. Fineman (#4025)
shandler@rlf.com
fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE   19801
302-651-7700
*Attorneys for Plaintiff Alexander Fabrics, LLLP*

Dated:  June 1, 2007

5

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2007 I electronically filed the foregoing document with

the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand

Delivered to the following:

> John C. Phillips, Jr., Esquire
> Phillips, Goldman & Spence, P.A.
> 1200 North Broom Street
> Wilmington, DE  19806

> Steven J. Fineman (#4025)
> Richards, Layton & Finger, P.A.
> One Rodney Square
> P.O. Box 551
> Wilmington, Delaware 19899
> (302) 651-7700
> fineman@rlf.com

# EXHIBIT A

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

## INVOICE

INVOICE NUMBER:  0022999

INVOICE DATE:  2/01/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS INC.<br>4222 JAMES E CASEY DR<br><br>JACKSONVILLE, FL  32219 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **BOL** | 0028987 | **PO NUMBER** | R357928 |
| **TERMS** | NET 60 | **PO DATE** | 12/22/2004 |
| **SHIP VIA** | WATKINS TRUCK | **CONTRACT #** | 0008564-000 |
| **SHIP DATE** | 2/01/2005 | **SALESMAN** | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 0      1209<br>01302 GPB PALE BLUSH GPB<br>GPB PALE BLUSH<br><br>SHADE: 10 | 0020449000000 | 25 | YD<br>SY<br>LB | 2462.0<br>6291.8<br>829 2 | 3 000 | 7386 00 |
| | SUBTOTAL | | | 2462 0 | | 7386 00 |
| | TOTAL | | | 2462 0 | | 7386 00 |

Send Remittance To:
ALEXANDER FABRICS
P O. BOX 751597
CHARLOTTE, NC  28275  CAN

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0023000

INVOICE DATE:  2/01/2005

PAGE:  1

| | | | |
|---|---|---|---|
| **SOLD TO** | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD  N<br>JACKSONVILLE, FL  322250000 | **SHIP TO** | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC<br>4222 JAMES E  CASEY DR<br><br>JACKSONVILLE  FL  32219 |

| | | | |
|---|---|---|---|
| **BOL** | 0028988 | **PO NUMBER** | R357926 |
| **TERMS** | NET 60 | **PO DATE** | 12/22/2004 |
| **SHIP VIA** | WATKINS TRUCK | **CONTRACT #** | 0008562-000 |
| **SHIP DATE** | 2/01/2005 | **SALESMAN** | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 0      5445<br>01302 AIV ANTIQUE IVORY AIV<br>AIV ANTIQUE IVORY<br><br>SHADE: 10 | 0020579000000 | 2 | YD<br>SY<br>LB | 124 0<br>316 9<br>37.4 | 3 000 | 372 00 |
| | SUBTOTAL | | | 124 0 | | 372 00 |
| | TOTAL | | | 124 0 | | 372 00 |

Send Remittance To:
ALEXANDER FABRICS
P O  BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission.

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

## INVOICE

INVOICE NUMBER:  0023306

INVOICE DATE:  2/11/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD  N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC<br>4222 JAMES E. CASEY DR<br><br>JACKSONVILLE, FL  32219 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| BOL | 0029282 | PO NUMBER | R358473 |
| TERMS | NET 90 | PO DATE | 1/24/2005 |
| SHIP VIA | WATKINS TRUCK | CONTRACT # | 0008813-000 |
| SHIP DATE | 2/11/2005 | SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 0       8062<br>01302 ATW TRUE WHITE ATW<br>ATW TRUE WHITE<br><br>SHADE: 10 | 0020818000000 | 14 | YD<br>SY<br>LB | 1344 0<br>3434.7<br>426 0 | 3 000 | 4032 00 |
| | SUBTOTAL | | | 1344 0 | | 4032 00 |
| | TOTAL | | | 1344 0 | | 4032 00 |

Send Remittance To:
ALEXANDER FABRICS
P O  BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0023307

INVOICE DATE:  2/11/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD  N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC<br>4222 JAMES E  CASEY DR<br><br>JACKSONVILLE, FL  32219 |

| | | | |
|---|---|---|---|
| BOL | 0029283 | PO NUMBER | R357928 |
| TERMS | NET 60 | PO DATE | 12/22/2004 |
| SHIP VIA | WATKINS TRUCK | CONTRACT # | 0008564-000 |
| SHIP DATE | 2/11/2005 | SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 0          1209<br>01302 GPB PALE BLUSH GPB<br>GPB PALE BLUSH<br><br>SHADE: 10 | 0020687000000 | 3 | YD<br>SY<br>LB | 213 0<br>544.3<br>78 2 | 3 000 | 639 00 |
| | SUBTOTAL | | | 213 0 | | 639 00 |
| | TOTAL | | | 213 0 | | 639 00 |

Send Remittance To:
ALEXANDER FABRICS
P O  BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE.: 336/228-3332

COPY 1

## INVOICE

INVOICE NUMBER:  0023308

INVOICE DATE:  2/11/2005

PAGE:  1

**SOLD TO**
ROKA APPAREL PRODUCTS, LLC
9487 REGENCY SQUARE BLVD  N
JACKSONVILLE, FL  322250000

**SHIP TO**
ROKA APPAREL PRODUCTS
C/O CROWLEY LOGISTICS, INC
4222 JAMES E  CASEY DR

JACKSONVILLE, FL  32219

| | |
|---|---|
| BOL | 0029284 |
| TERMS | NET 60 |
| SHIP VIA | WATKINS TRUCK |
| SHIP DATE | 2/11/2005 |

| | |
|---|---|
| PO NUMBER | R357927 |
| PO DATE | 12/22/2004 |
| CONTRACT # | 0008563-000 |
| SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 0      8062<br>01302 ATW TRUE WHITE ATW<br>ATW TRUE WHITE<br><br>SHADE: 10 | 0020934000000 | 17 | YD<br>SY<br>LB | 1585 0<br>4050 6<br>569 8 | 3 000 | 4755 00 |
| | SUBTOTAL | | | 1585 0 | | 4755 00 |
| | TOTAL | | | 1585 0 | | 4755 00 |

Send Remittance To:
ALEXANDER FABRICS
P O. BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0023503

INVOICE DATE:  2/17/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD  N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC<br>4222 JAMES E  CASEY DR.<br><br>JACKSONVILLE, FL  32219 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| BOL | 0029461 | PO NUMBER | R358647 |
| TERMS | NET 60 | PO DATE | 1/31/2005 |
| SHIP VIA | WATKINS TRUCK | CONTRACT # | 0008910-000 |
| SHIP DATE | 2/17/2005 | SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 0        5816<br>01302 AUB RICH BLACK AUB<br>AUB RICH BLACK<br><br>SHADE: 30 | 0020943000001 | 5 | YD<br>SY<br>LB | 458 0<br>1170 4<br>154 1 | 3 280 | 1502 24 |
| | SUBTOTAL | | | 458 0 | | 1502 24 |
| | TOTAL | | | 458 0 | | 1502 24 |

Send Remittance To:
ALEXANDER FABRICS
P O  BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

## INVOICE

INVOICE NUMBER:  0023504

INVOICE DATE:  2/17/2005

PAGE:  1

| | | |
|---|---|---|
| **SOLD TO** | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD  N<br>JACKSONVILLE, FL  322250000 | |

| | |
|---|---|
| **SHIP TO** | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC<br>4222 JAMES E. CASEY DR<br><br>JACKSONVILLE, FL  32219 |

| | |
|---|---|
| **BOL** | 0029463 |
| **TERMS** | NET 60 |
| **SHIP VIA** | WATKINS TRUCK |
| **SHIP DATE** | 2/17/2005 |

| | |
|---|---|
| **PO NUMBER** | R356665 |
| **PO DATE** | 2/17/2005 |
| **CONTRACT #** | 0009123-000 |
| **SALESMAN** | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 0       8062<br>01302 ATW TRUE WHITE ATW<br>ATW TRUE WHITE<br><br>SHADE: 10 | 0020977000000 | 13 | YD<br>SY<br>LB | 1268 0<br>3240 5<br>456 5 | 3 000 | 3804 00 |
| | SUBTOTAL | | | 1268 0 | | 3804.00 |
| | TOTAL | | | 1268 0 | | 3804 00 |

Send Remittance To:
ALEXANDER FABRICS
P O. BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE.: 336/228-3332

COPY 1

## INVOICE

INVOICE NUMBER:  0023776

INVOICE DATE:  2/25/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE FL 322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS INC<br>4222 JAMES E CASEY DR.<br><br>JACKSONVILLE FL 32219 |
|---|---|---|---|

BOL         0029640
TERMS       NET 60
SHIP VIA    WATKINS TRUCK
SHIP DATE   2/25/2005

PO NUMBER   R357928
PO DATE     12/22/2004
CONTRACT #  0008564-000
SALESMAN    DAVID BLOOM

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 D        1209<br>01302 GPB PALE BLUSH GPB<br>GPB PALE BLUSH<br><br>SHADE: 10 | 0020760000000 | 3 | YD<br>SY<br>LB | 176 0<br>449 8<br>66 2 | 3 000 | 528.00 |
| | SUBTOTAL | | | 176 0 | | 528.00 |
| | TOTAL | | | 176 0 | | 528.00 |

Send Remittance To:
ALEXANDER FABRICS
P O BOX 751597
CHARLOTTE NC 28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission.

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0023777

INVOICE DATE:  2/25/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD  N<br>JACKSONVILLE  FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E  CASEY DR<br><br>JACKSONVILLE  FL  32219 |
|---|---|---|---|

| BOL | 0029641 | PO NUMBER | R358616 |
|---|---|---|---|
| TERMS | NET 60 | PO DATE | 1/31/2005 |
| SHIP VIA | WATKINS TRUCK | CONTRACT # | 0008909-000 |
| SHIP DATE | 2/25/2005 | SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 0      5445<br>01302 AIV ANTIQUE IVORY AIV<br>AIV ANTIQUE IVORY<br><br>SHADE: 10 | 0020944000000 | 17 | YD<br>SY<br>LB | 1551 0<br>3963 7<br>485 0 | 3 000 | 4653 00 |
|  | SUBTOTAL |  |  | 1551 0 |  | 4653 00 |
|  | TOTAL |  |  | 1551 0 |  | 4653 00 |

Send Remittance To:
ALEXANDER FABRICS
P O  BOX 751597
CHARLOTTE  NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

## INVOICE

INVOICE NUMBER:  0024246

INVOICE DATE:  3/11/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD  N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC<br>4222 JAMES E  CASEY DR<br><br>JACKSONVILLE, FL  32219 . |
|---|---|---|---|

| | | | |
|---|---|---|---|
| BOL | 0030158 | PO NUMBER | R359162 |
| TERMS | NET 60 | PO DATE | 2/14/2005 |
| SHIP VIA | WATKINS TRUCK | CONTRACT # | 0009081-000 |
| SHIP DATE | 3/11/2005 | SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 4637 0      5816<br>43520 AUB RICH BLACK AUB<br>AUB RICH BLACK<br><br>SHADE: 30 | 0021180000000 | 2 | YD<br>SY<br>LB | 2225 0<br>3955 6<br>558 2 | 3 700 | 8232 50 |
| | SUBTOTAL | | | 2225 0 | | 8232 50 |
| | TOTAL | | | 2225 0 | | 8232 50 |

Send Remittance To:
ALEXANDER FABRICS
P O  BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0024247

INVOICE DATE:  3/11/2005

PAGE:  1

SOLD TO
ROKA APPAREL PRODUCTS, LLC
9487 REGENCY SQUARE BLVD  N
JACKSONVILLE, FL  322250000

SHIP TO
ROKA APPAREL PRODUCTS
C/O CROWLEY LOGISTICS, INC
4222 JAMES E  CASEY DR

JACKSONVILLE, FL  32219

BOL          0030159
TERMS        NET 60
SHIP VIA     WATKINS TRUCK
SHIP DATE    3/11/2005

PO NUMBER  R359160
PO DATE       2/14/2005
CONTRACT # 0009080-000
SALESMAN    DAVID BLOOM

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 4637 0        7960 43520 AH7 EGGSHELL AH7 AH7 EGGSHELL SHADE: 10 | 002118I000000 | 1 | YD SY LB | 1006 0 1788 4 291 0 | 3 910 | 3933 46 |
| | SUBTOTAL | | | 1006 0 | | 3933 46 |
| | TOTAL | | | 1006 0 | | 3933 46 |

Send Remittance To:
ALEXANDER FABRICS
P O. BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

## INVOICE

INVOICE NUMBER:  0024457

INVOICE DATE:  3/18/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD  N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS  INC<br>4222 JAMES E  CASEY DR<br><br>JACKSONVILLE, FL  32219 |

| BOL | 0030327 |
|---|---|
| TERMS | NET 60 |
| SHIP VIA | WATKINS TRUCK |
| SHIP DATE | 3/18/2005 |

| PO NUMBER | R359145 |
|---|---|
| PO DATE | 2/14/2005 |
| CONTRACT # | 0009079-000 |
| SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    1209<br>01301 GPB PALE BLUSH GPB<br>GPB PALE BLUSH<br><br>SHADE: 10 | 0021410000000 | 24 | YD<br>SY<br>LB | 2359 0<br>7535 7<br>1005 6 | 3 170 | 7478 03 |
| | SUBTOTAL | | | 2359 0 | | 7478 03 |
| | TOTAL | | | 2359 0 | | 7478 03 |

<u>Send Remittance To:</u>
ALEXANDER FABRICS
P O  BOX 751597
CHARLOTTE  NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

PROOF

# ALEXANDER FABRICS INC.

# INVOICE

INVOICE NUMBER:  0024546

INVOICE DATE:  3/22/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD  N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC<br>4222 JAMES E  CASEY DR<br>JACKSONVILLE, FL  32219 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **BOL** | 0030427 | **PO NUMBER** | R358647 |
| **TERMS** | NET 60 | **PO DATE** | 1/31/2005 |
| **SHIP VIA** | WATKINS TRUCK | **CONTRACT #** | 0008910-000 |
| **SHIP DATE** | 3/22/2005 | **SALESMAN** | DB |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 0      5816<br>01302 AUB RICH BLACK AUB<br>AUB RICH BLACK<br><br>SHADE: MEDIUM | 0021507000000 | 6 | YD<br>SY<br>LB | 490 0<br>1252 2<br>157 5 | 3 210 | 1572 90 |
| | SUBTOTAL | | | 490 0 | | 1572 90 |
| | TOTAL | | | 490 0 | | 1572 90 |

Send Remittance To:
This account has been assigned to, is owned by
and is payable in par funds only to:

'

To whom notice must be given of any merchandise
return or claims for shortage, non-delivery or
for other grounds

PROOF

# ALEXANDER FABRICS INC.

## INVOICE

INVOICE NUMBER:   0024547

INVOICE DATE:   3/22/2005

PAGE:   1

| | |
|---|---|
| **SOLD TO** | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD N<br>JACKSONVILLE, FL  322250000 |
| **SHIP TO** | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC<br>4222 JAMES E  CASEY DR<br>JACKSONVILLE, FL  32219 |

| | | | |
|---|---|---|---|
| **BOL** | 0030428 | **PO NUMBER** | R359144 |
| **TERMS** | NET 60 | **PO DATE** | 2/14/2005 |
| **SHIP VIA** | WATKINS TRUCK | **CONTRACT #** | 0009078-000 |
| **SHIP DATE** | 3/22/2005 | **SALESMAN** | DB |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0     5816<br>01301 AUB AUB<br>AUB RICH BLACK<br><br>SHADE: 30 | 0021413000000 | 39 | YD<br>SY<br>LB | 3899 0<br>12455 1<br>1686 7 | 3 540 | 13802 46 |
| | SUBTOTAL | | | 3899 0 | | 13802 46 |
| | TOTAL | | | 3899 0 | | 13802 46 |

Send Remittance To:
This account has been assigned to, is owned by
and is payable in par funds only to:

.

To whom notice must be given of any merchandise
return or claims for shortage. non-delivery of
for other grounds

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0024612

INVOICE DATE:  3/23/2005

PAGE:  1

| | | | |
|---|---|---|---|
| **SOLD TO** | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 | **SHIP TO** | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC<br>4222 JAMES E. CASEY DR<br><br>JACKSONVILLE, FL  32219 |

| | | | |
|---|---|---|---|
| **BOL** | 0030474 | **PO NUMBER** | R359145 |
| **TERMS** | NET 60 | **PO DATE** | 2/14/2005 |
| **SHIP VIA** | WATKINS TRUCK | **CONTRACT #** | 0009079-000 |
| **SHIP DATE** | 3/23/2005 | **SALESMAN** | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    1209<br>01301 GPB PALE BLUSH GPB<br>GPB PALE BLUSH<br><br>SHADE: 10 | 0021671000000 | 4 | YD<br>SY<br>LB | 412 0<br>1316 1<br>187 0 | 3 170 | 1306 04 |
| | SUBTOTAL | | | 412 0 | | 1306.04 |
| | TOTAL | | | 412 0 | | 1306 04 |

<u>Send Remittance To:</u>
ALEXANDER FABRICS
P O  BOX 751597
CHARLOTTE  NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

## INVOICE

INVOICE NUMBER:  0024613

INVOICE DATE:  3/23/2005

PAGE:   1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC<br>4222 JAMES E  CASEY DR<br><br>JACKSONVILLE  FL  32219 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| BOL | 0030475 | PO NUMBER | R359432 |
| TERMS | NET 60 | PO DATE | 3/08/2005 |
| SHIP VIA | WATKINS TRUCK | CONTRACT # | 0009361-000 |
| SHIP DATE | 3/23/2005 | SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0     5910<br>AIA PINK TUNE     01301<br>AIA PINK TUNE<br><br>SHADE: 10 | 0021688000000 | 11 | YD<br>SY<br>LB | 1036 0<br>3309 4<br>436 6 | 3 170 | 3284 12 |
| | SUBTOTAL | | | 1036 0 | | 3284 12 |
| | TOTAL | | | 1036 0 | | 3284 12 |

Send Remittance To:
ALEXANDER FABRICS
P O BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

## INVOICE

INVOICE NUMBER:  0024867

INVOICE DATE:  4/01/2005

PAGE:   1

| | | | |
|---|---|---|---|
| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD  N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E  CASEY DR<br><br>JACKSONVILLE, FL  32219 |

| | | | |
|---|---|---|---|
| BOL | 0030696 | PO NUMBER | R359145 |
| TERMS | NET 60 | PO DATE | 2/14/2005 |
| SHIP VIA | WATKINS TRUCK | CONTRACT # | 0009079-000 |
| SHIP DATE | 4/01/2005 | SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    1209<br>01301 GPB PALE BLUSH GPB<br>GPB PALE BLUSH<br><br>SHADE: 10 | 0021410000001 | 21 | YD<br>SY<br>LB | 2055 6<br>6566 5<br>900 8 | 3 170 | 6516 25 |
| | SUBTOTAL | | | 2055 6 | | 6516 25 |
| | TOTAL | | | 2055 6 | | 6516 25 |

Send Remittance To:
ALEXANDER FABRICS
P.O  BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics
POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0024868

INVOICE DATE:  4/01/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS; INC<br>4222 JAMES E  CASEY DR<br><br>JACKSONVILLE, FL  32219 |
|---|---|---|---|

| BOL | 0030697 |
| TERMS | NET 60 |
| SHIP VIA | WATKINS TRUCK |
| SHIP DATE | 4/01/2005 |

| PO NUMBER | R359144 |
| PO DATE | 2/14/2005 |
| CONTRACT # | 0009078-000 |
| SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0     5816<br>01301 AUB AUB<br>AUB RICH BLACK<br><br>SHADE: 30 | 0021413000001 | 14 | YD<br>SY<br>LB | 1192 0<br>3807 8<br>536 8 | 3 540 | 4219 68 |
| | SUBTOTAL | | | 1192 0 | | 4219 68 |
| | TOTAL | | | 1192 0 | | 4219 68 |

Send Remittance To:
ALEXANDER FABRICS
P O  BOX 751597
CHARLOTTE, NC  28275

Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission.

# Alexander Fabrics
POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

## INVOICE

INVOICE NUMBER:  0024869

INVOICE DATE:  4/01/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD  N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC<br>4222 JAMES E  CASEY DR<br><br>JACKSONVILLE, FL  32219 |

| | | | |
|---|---|---|---|
| **BOL** | 0030698 | **PO NUMBER** | R359143 |
| **TERMS** | NET 60 | **PO DATE** | 2/14/2005 |
| **SHIP VIA** | WATKINS TRUCK | **CONTRACT #** | 0009077-000 |
| **SHIP DATE** | 4/01/2005 | **SALESMAN** | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 O    8062<br>01301 ATW TRUE WHITE ATW<br>ATW TRUE WHITE<br><br>SHADE: 10 | 0021415000001 | 21 | YD<br>SY<br>LB | 2002 4<br>6396 6<br>847 6 | 3 170 | 6347 61 |
| | SUBTOTAL | | | 2002 4 | | 6347 61 |
| | TOTAL | | | 2002 4 | | 6347 61 |

Send Remittance To:
ALEXANDER FABRICS
P O  BOX 751597
CHARLOTTE, NC  28275

the Flammable Fabric Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

## INVOICE

INVOICE NUMBER:  0025049

INVOICE DATE:  4/08/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD  N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC<br>4222 JAMES E  CASEY DR.<br><br>JACKSONVILLE, FL  32219 |
|---|---|---|---|

| BOL | 0030885 | PO NUMBER | R358647 |
|---|---|---|---|
| TERMS | NET 60 | PO DATE | 1/31/2005 |
| SHIP VIA | WATKINS TRUCK | CONTRACT # | 0008910-000 |
| SHIP DATE | 4/08/2005 | SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 0      5816<br>01302 AUB RICH BLACK AUB<br>AUB RICH BLACK<br><br>SHADE: 30 | 0021921000000 | 5 | YD<br>SY<br>LB | 466 0<br>1190 9<br>166 8 | 3 280 | 1528 48 |
| | SUBTOTAL | | | 466 0 | | 1528 48 |
| | TOTAL | | | 466 0 | | 1528 48 |

Send Remittance To:
ALEXANDER FABRICS
P O  BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

## INVOICE

INVOICE NUMBER:  0025050

INVOICE DATE:  4/08/2005

PAGE:  1

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 | | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC<br>4222 JAMES E  CASEY DR.<br><br>JACKSONVILLE, FL  32219 | |

| BOL | 0030887 | PO NUMBER | R359432 |
|---|---|---|---|
| TERMS | NET 60 | PO DATE | 3/08/2005 |
| SHIP VIA | WATKINS TRUCK | CONTRACT # | 0009361-000 |
| SHIP DATE | 4/08/2005 | SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    5910<br>AIA PINK TUNE      01301<br>AIA PINK TUNE<br><br>SHADE: 10 | 0021922000000 | 3 | YD<br>SY<br>LB | 323 0<br>1031.8<br>158 4 | 3 170 | 1023 91 |
| | SUBTOTAL | | | 323 0 | | 1023 91 |
| | TOTAL | | | 323 0 | | 1023 91 |

Send Remittance To:
ALEXANDER FABRICS
P O  BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0025051

INVOICE DATE:  4/08/2005

PAGE:  1

| | | |
|---|---|---|
| **SOLD TO** | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 | |
| **SHIP TO** | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E CASEY DR.<br><br>JACKSONVILLE, FL  32219 | |

| | | | |
|---|---|---|---|
| **BOL** | 0030893 | **PO NUMBER** | R359144 |
| **TERMS** | NET 60 | **PO DATE** | 2/14/2005 |
| **SHIP VIA** | WATKINS TRUCK | **CONTRACT #** | 0009078-000 |
| **SHIP DATE** | 4/08/2005 | **SALESMAN** | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    5816<br>01301 AUB AUB<br>AUB RICH BLACK<br><br>SHADE: 30 | 0021414000000 | 13 | YD<br>SY<br>LB | 1253 0<br>4002 6<br>487 8 | 3 540 | 4435 62 |
| | SUBTOTAL | | | 1253 0 | | 4435 62 |
| | TOTAL | | | 1253 0 | | 4435 62 |

Send Remittance To:
ALEXANDER FABRICS
P.O BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0025052

INVOICE DATE:  4/08/2005

PAGE:  1

| | | | |
|---|---|---|---|
| **SOLD TO** | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD  N<br>JACKSONVILLE, FL  322250000 | **SHIP TO** | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC<br>4222 JAMES E  CASEY DR<br><br>JACKSONVILLE, FL  32219 |

| | | | |
|---|---|---|---|
| **BOL** | 0030895 | **PO NUMBER** | R359144 |
| **TERMS** | NET 60 | **PO DATE** | 2/14/2005 |
| **SHIP VIA** | WATKINS TRUCK | **CONTRACT #** | 0009078-000 |
| **SHIP DATE** | 4/08/2005 | **SALESMAN** | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    5816<br>01301 AUB AUB<br>AUB RICH BLACK<br><br>SHADE: 30 | 0021414000001 | 3 | YD<br>SY<br>LB | 245.0<br>782.6<br>94 4 | 3.540 | 867 30 |
| | SUBTOTAL | | | 245 0 | | 867.30 |
| | TOTAL | | | 245 0 | | 867 30 |

Send Remittance To:
ALEXANDER FABRICS
P O. BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  **0025760**

INVOICE DATE:  4/29/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD  N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E  CASEY DR.<br><br>JACKSONVILLE, FL  32219 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **BOL** | 0031532 | **PO NUMBER** | R358647 |
| **TERMS** | NET 60 | **PO DATE** | 1/31/2005 |
| **SHIP VIA** | WATKINS TRUCK | **CONTRACT #** | 0008910-000 |
| **SHIP DATE** | 4/29/2005 | **SALESMAN** | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 0      5816<br>01302 AUB RICH BLACK AUB<br>AUB RICH BLACK<br><br>SHADE: 30 | 0022157000000 | 4 | YD<br>SY<br>LB | 348 0<br>889 3<br>118 0 | 3 280 | 1141.44 |
| | SUBTOTAL | | | 348.0 | | 1141.44 |
| | TOTAL | | | 348 0 | | 1141.44 |

Send Remittance To:
ALEXANDER FABRICS
P O  BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0025761

INVOICE DATE:  4/29/2005

PAGE:   1

**SOLD TO**
ROKA APPAREL PRODUCTS, LLC
9487 REGENCY SQUARE BLVD. N
JACKSONVILLE, FL  322250000

**SHIP TO**
ROKA APPAREL PRODUCTS
C/O CROWLEY LOGISTICS, INC.
4222 JAMES E. CASEY DR

JACKSONVILLE, FL  32219

**BOL** 0031533
**TERMS** NET 60
**SHIP VIA** WATKINS TRUCK
**SHIP DATE** 4/29/2005

**PO NUMBER** R359142
**PO DATE** 2/14/2005
**CONTRACT #** 0009075-000
**SALESMAN** DAVID BLOOM

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    5445<br>01301AIV AIV<br>AIV ANTIQUE IVORY<br><br>SHADE: 10 | 0021418000000 | 50 | YD<br>SY<br>LB | 4882 9<br>15598 2<br>1913 2 | 3 170 | 15478 79 |
| | SUBTOTAL | | | 4882.9 | | 15478 79 |
| | TOTAL | | | 4882 9 | | 15478.79 |

Send Remittance To:
ALEXANDER FABRICS
P O BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics
POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE .: 336/228-3332

COPY 1

## INVOICE

INVOICE NUMBER:  0025762

INVOICE DATE:  4/29/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD  N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC<br>4222 JAMES E  CASEY DR<br><br>JACKSONVILLE, FL  32219 |
|---|---|---|---|

| BOL | 0031534 | PO NUMBER | R359143 |
|---|---|---|---|
| TERMS | NET 60 | PO DATE | 2/14/2005 |
| SHIP VIA | WATKINS TRUCK | CONTRACT # | 0009077-000 |
| SHIP DATE | 4/29/2005 | SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3332/115 0     8062<br>01301 ATW TRUE WHITE ATW<br>ATW TRUE WHITE<br><br>SHADE: 10 | 0021416000000 | 33 | YD<br>SY<br>LB | 3203 0<br>10231.8<br>1350 4 | 3 170 | 10153.51 |
| | SUBTOTAL | | | 3203 0 | | 10153.51 |
| | TOTAL | | | 3203 0 | | 10153.51 |

Send Remittance To:
ALEXANDER FABRICS
P O  BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

## INVOICE

INVOICE NUMBER:  0025763

INVOICE DATE:  4/29/2005

PAGE:  1

| | | | |
|---|---|---|---|
| **SOLD TO** | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 | **SHIP TO** | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC<br>4222 JAMES E  CASEY DR.<br><br>JACKSONVILLE, FL  32219 |

| | | | |
|---|---|---|---|
| **BOL** | 0031535 | **PO NUMBER** | R359143 |
| **TERMS** | NET 60 | **PO DATE** | 2/14/2005 |
| **SHIP VIA** | WATKINS TRUCK | **CONTRACT #** | 0009077-000 |
| **SHIP DATE** | 4/29/2005 | **SALESMAN** | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    8062<br>01301 ATW TRUE WHITE ATW<br>ATW TRUE WHITE<br><br>SHADE: 10 | 0021415000000 | 32 | YD<br>SY<br>LB | 3089 0<br>9867 6<br>1326 2 | 3 170 | 9792 13 |
| | SUBTOTAL | | | 3089 0 | | 9792 13 |
| | TOTAL | | | 3089 0 | | 9792.13 |

Send Remittance To:
ALEXANDER FABRICS
P.O BOX 751597
CHARLOTTE, NC  28275

_____ Fib___ble Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0025764

INVOICE DATE:  4/29/2005

PAGE:  1

| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD N<br>JACKSONVILLE, FL  322250000 | SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E  CASEY DR.<br><br>JACKSONVILLE, FL  32219 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| BOL | 0031536 | PO NUMBER | R359143 |
| TERMS | NET 60 | PO DATE | 2/14/2005 |
| SHIP VIA | WATKINS TRUCK | CONTRACT # | 0009077-000 |
| SHIP DATE | 4/29/2005 | SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    8062<br>01301 ATW TRUE WHITE ATW<br>ATW TRUE WHITE<br><br>SHADE: 10 | 0021584000000 | 17 | YD<br>SY<br>LB | 1565 0<br>4999 3<br>662 3 | 3 170 | 4961.05 |
| | SUBTOTAL | | | 1565 0 | | 4961.05 |
| | TOTAL | | | 1565.0 | | 4961.05 |

Send Remittance To:
ALEXANDER FABRICS
P O BOX 751597
CHARLOTTE, NC  28275

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9159
FACSIMILE..: 336/228-3332

COPY 1

## INVOICE

INVOICE NUMBER:  0025765

INVOICE DATE:  4/29/2005

PAGE:  1

SOLD
TO
ROKA APPAREL PRODUCTS, LLC
9487 REGENCY SQUARE BLVD. N
JACKSONVILLE, FL  322250000

SHIP
TO
ROKA APPAREL PRODUCTS
C/O CROWLEY LOGISTICS, INC
4222 JAMES E. CASEY DR

JACKSONVILLE, FL  32219

BOL          0031537
TERMS        NET 60
SHIP VIA     WATKINS TRUCK
SHIP DATE    4/29/2005

PO NUMBER    R359144
PO DATE      2/14/2005
CONTRACT #   0009078-000
SALESMAN     DAVID BLOOM

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0    5816 <br> 01301 AUB AUB <br> AUB RICH BLACK <br><br> SHADE: 30 | 0022101000000 | 6 | YD <br> SY <br> LB | 619 0 <br> 1977 4 <br> 274 8 | 3 540 | 2191 26 |
| | SUBTOTAL | | | 619 0 | | 2191 26 |
| | TOTAL | | | 619 0 | | 2191.26 |

Send Remittance To:
ALEXANDER FABRICS
P O  BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission.

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

## INVOICE

INVOICE NUMBER:  0025766

INVOICE DATE:  4/29/2005

PAGE:  1

| | | |
|---|---|---|
| **SOLD TO** | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD N<br>JACKSONVILLE, FL 322250000 | **SHIP TO** | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E. CASEY DR<br><br>JACKSONVILLE, FL 32219 |

**BOL** 0031538
**TERMS** NET 60
**SHIP VIA** WATKINS TRUCK
**SHIP DATE** 4/29/2005

**PO NUMBER** R359145
**PO DATE** 2/14/2005
**CONTRACT #** 0009079-000
**SALESMAN** DAVID BLOOM

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0     1209<br>01301 GPB PALE BLUSH GPB<br>GPB PALE BLUSH<br><br>SHADE: 10 | 0021411000001 | 22 | YD<br>SY<br>LB | 2161 9<br>6906 1<br>854 6 | 3.170 | 6853.22 |
| | SUBTOTAL | | | 2161 9 | | 6853 22 |
| | TOTAL | | | 2161.9 | | 6853.22 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597
CHARLOTTE, NC  28275

Product Identification filed with the Federal Trade Commission.

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE..: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0025767

INVOICE DATE:  4/29/2005

PAGE:   1

| | |
|---|---|
| **SOLD TO** | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL 322250000 |

| | |
|---|---|
| **SHIP TO** | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E. CASEY DR<br><br>JACKSONVILLE, FL  32219 |

**BOL**        0031539
**TERMS**      NET 60
**SHIP VIA**   WATKINS TRUCK
**SHIP DATE**  4/29/2005

**PO NUMBER**  R359145
**PO DATE**    2/14/2005
**CONTRACT #** 0009079-000
**SALESMAN**   DAVID BLOOM

| Product Information | Dye Lot/Order # | # Pieces | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3232/115 0      1209<br>01301 GPB PALE BLUSH GPB<br>GPB PALE BLUSH<br><br>SHADE: 10 | 0021411000000 | 30 | YD<br>SY<br>LB | 2980 3<br>9520 4<br>1167 0 | 3 170 | 9447.55 |
| | SUBTOTAL | | | 2980 3 | | 9447.55 |
| | TOTAL | | | 2980 3 | | 9447.55 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission.