IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALEXANDER FABRICS, LLLP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 07-174-GMS |
| v. | ) |
| | ) |
| ROKA APPAREL PRODUCTS, LLC, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF ALEXANDER FABRICS, LLLP'S MOTION TO ENJOIN ROKA APPAREL PRODUCTS, LLC FROM PROCEEDING IN THE FLORIDA ACTION**

Plaintiff Alexander Fabrics, LLLP, by and through its undersigned counsel, moves to enjoin Defendant Roka Apparel Products, LLC from proceeding in the action styled *Roka Apparel Products, LLC v. Alexander Fabrics, LLLP* pending in the Circuit Court, Fourth Judicial Circuit in and for Duval County, Florida, Case No. 16-2007-CA-000151. The grounds for this motion are set forth in Plaintiff Alexander Fabrics, LLLP's Answering Brief In Opposition To Defendant Roka Apparel Products, LLC's Motion To Dismiss Or, In The Alternative, Stay and supporting declaration filed contemporaneously herewith.

/s/ Chad M. Shandler
Chad M. Shandler (#3796)
Steven J. Fineman (#4025)
shandler@rlf.com
fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE  19801
(302)651-7700

Dated: June 1, 2007         Attorneys for Plaintiff Alexander Fabrics, LLLP

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2007 I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

> John C. Phillips, Jr., Esquire
> Phillips, Goldman & Spence, P.A.
> 1200 North Broom Street
> Wilmington, DE 19806

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALEXANDER FABRICS, LLLP,<br><br>      Plaintiff,<br><br>v.<br><br>ROKA APPAREL PRODUCTS, LLC,<br><br>      Defendant. | )<br>)<br>)<br>)  C.A. No. 07-174-GMS<br>)<br>)<br>)<br>)<br>) |

### ORDER

WHEREAS, Alexander Fabrics, LLLP having moved this Court to enjoin Roka Apparel Products, LLC from proceeding in the action styled *Roka Apparel Products, LLC v. Alexander Fabrics, LLLP* pending in the Circuit Court, Fourth Judicial Circuit in and for Duval County, Florida, Case No. 16-2007-CA-000151 (the "Florida Action");

WHEREAS, the Court having considered the briefs and arguments in support of and in opposition to the motion, and good cause having been found;

IT IS HEREBY ORDERED this ___ day of _____, 2007 that Alexander Fabrics, LLLP's Motion is GRANTED and Roka Apparel Products, LLC is hereby enjoined from proceeding in the Florida Action.

SO ORDERED this _____ day of _____, 2007.

                                                                        _____
                                                                        United Sates District Judge