IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALEXANDER FABRICS, LLLP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-174-GMS |
| ) | |
| ROKA APPAREL PRODUCTS, LLC, ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF CHRISTOPHER PERRY

I, Christopher Perry, declare to the best of my knowledge, information and belief as follows:

1. My name is Christopher Perry. From January 1, 1990 through January 2006 I was the President of Alexander Fabrics and I have knowledge of the present dispute.

2. Alexander did not contract to do business with Roka in the State of Florida. None of the negotiations regarding the sale of the fabric subject of the present dispute occurred in the State of Florida; Alexander did not make any sales calls in the State of Florida; the fabric was not manufactured in the State of Florida; and payment was never tendered in the State of Florida. Alexander had no dealings or business in the State of Florida.

3. Title to the fabric subject of the present dispute was transferred to Roka in the State of North Carolina upon delivery by Alexander to a delivery company in the State of North Carolina. That delivery company would then ship the fabric to a logistics company in the State of Florida that would, in turn, ship the fabric to Roka's manufacturing facilities in Central America.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: June 1, 2007

_____
Christopher Perry

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2007 I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

> John C. Phillips, Jr., Esquire
> Phillips, Goldman & Spence, P.A.
> 1200 North Broom Street
> Wilmington, DE 19806

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com