IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALEXANDER FABRICS, LLLP,

    Plaintiff,

v.

               : C.A. No. 1:07-cv-00174 GMS

ROKA APPAREL PRODUCTS, LLC

    Defendant.

### ORDER

AND NOW, this 11th day of July, 2007, upon consideration of defendant RoKa Apparel Products, LLC's Motion for Enlargement of Time to Respond to the First Amended Complaint (the "Motion");

IT IS HEREBY ORDERED that the Motion is ~~GRANTED~~ Denied.

_____
The Hon. Gregory M. Sleet