IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALEXANDER FABRICS, LLLP | : |
| Plaintiff | : |
| v. | : Civil Action No. 07-174 GMS |
| ROKA APPAREL PRODUCTS, LLC | : |
| Defendant | : |

### ORDER

WHEREAS, on March 26, 2007, a complaint was filed in the above-captioned case (D.I. 1);

WHEREAS, on June 1, 2007, the plaintiff filed its First Amended Complaint (D.I. 10);

WHEREAS, on June 1, 2007, the plaintiff filed a Motion to Enjoin Roka Apparel Products, LLC from Proceeding in the Florida Action (D.I. 11);

WHEREAS, on June 15, 2007, the defendant filed a response in opposition to the Motion to Enjoin (D.I. 15);

WHEREAS, on June 22, 2007, the plaintiff filed a Motion to Withdraw the Motion to Enjoin (D.I. 17);

WHEREAS, to date, the court's docket reflects that there was no opposition or answering brief filed on behalf of the defendant to the Motion to Withdraw.

IT IS HEREBY ORDERED that:

1. The Motion to Withdraw (D.I. 17) is GRANTED; and

2. The Motion to Enjoin (D.I. 11) is WITHDRAWN.

/s/ Gregory M. Sleet
CHIEF UNITED STATES DISTRICT JUDGE

July 17, 2007