IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALEXANDER FABRICS, LLLP, | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:07-cv-00174 GMS |
| ROKA APPAREL PRODUCTS, LLC | : |
| Defendant. | : |

## DEFENDANT ROKA APPAREL PRODUCTS, LLC'S MOTION TO STAY

Defendant Roka Apparel Products, LLC ("Defendant"), by and through its undersigned counsel, hereby moves for an Order staying this litigation pending the final disposition of a related action filed in Florida in which the parties can obtain complete relief on their claims, all of which arise under state law. The grounds for the Motion are fully set forth in Defendant Roka Apparel Products, LLC's Memorandum of Law in Support of Motion to Stay, which is incorporated herein by reference.

WHEREFORE, Defendant respectfully requests that the Court stay this case in favor of the action pending in Florida and grant such further relief as the Court deems just and proper.

Respectfully submitted,

By: _____
John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 N. Broom Street
Wilmington, Delaware 19806
Tel. No. (302) 655-4200

- and –

                                                Barbara Slott Pegg
                                                Attorney at Law
                                                316 Sea Moss Lane
                                                Ponte Vedra Beach, Florida 32082
                                                Tel. No. (904) 285-8100

                                                Attorneys for Defendant,
                                                RoKa Apparel Products, LLC

Dated:  August 2, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALEXANDER FABRICS, LLLP, :
:
Plaintiff, :
:
v. : C.A. No. 1:07-cv-00174 GMS
:
ROKA APPAREL PRODUCTS, LLC :
:
Defendant. :
:

## ORDER

AND NOW, this ____ day of_____, 2007, upon consideration of Defendant Roka Apparel Products, LLC's Motion to Stay (the "Motion") and any response thereto;

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that this action is stayed pending the final disposition of the lawsuit currently pending between the parties in the Circuit Court, Fourth Judicial Circuit in and for Duval County, Florida, Case No.16-2007-CA-000151.

_____
The Honorable Gregory M. Sleet

**Rule 7.1.1 Certification**

 Counsel for Defendant hereby certify that they made a reasonable effort to resolve the issues set forth in Defendant Roka Apparel Products, LLC's Motion to Stay with Plaintiff's counsel; however, Plaintiff's counsel opposes the relief sought therein.

/s/John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
