# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ALEXANDER FABRICS, LLLP, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 1:07-cv-00174 GMS |
| ROKA APPAREL PRODUCTS, LLC | : | |
| Defendant. | : | |

## DEFENDANT ROKA APPAREL PRODUCTS, LLC'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STAY

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 N. Broom Street
Wilmington, Delaware 19806
Tel. No. (302) 655-4200

-and-

Barbara Slott Pegg
Attorney at Law
316 Sea Moss Lane
Ponte Vedra Beach, Florida 32082
Tel. No. (904) 285-8100

Attorneys for Defendant,
RoKa Apparel Products, LLC

Date: August 2, 2007

## **TABLE OF CONTENTS**

PAGE

TABLE OF CITATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ii

I.      INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

II.     FACTS

        A.    The Delaware Federal Court Action  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

        B.    The Florida State Court Action  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  2

III.    ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3

IV.     CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  8

# TABLE OF CITATIONS

PAGE

Cashedge, Inc. v. Yodlee, Inc., 2006 WL 2038504 (D. Del. July 19, 2006) . . . . . . . . . . . . . . . 7

Cornerstone Technologies, LLC v. Conrad, 2003 WL 1787959
  (Del. Ch. Ct. March 31, 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Colorado River Water Conservation District v. U.S., 424 U.S. 800 (1976) . . . . . . . . . . . . . . . 3

Government Employees Ins. Co. v. Rando, 2007 WL 896254 (D. Del. March 22, 2007) . . . . . . 7

Jumara v. State Farm Ins. Co., 55 F.3d 873 (3rd Cir. 1995) . . . . . . . . . . . . . . . . . . . . . . . . . 5, 7

Magee v. Essex-Tec. Corp., 704 F. Supp. 543 (D. Del. 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Mayer v. Development Corp. of America, 396 F. Supp. 917 (D. Del. 1975) . . . . . . . . . . . . . . . 7

Moore v. Little Giant Industries, Inc., 513 F. Supp. 1043 (D. Del. 1981) . . . . . . . . . . . . . . . . . 4

Reliance Ins. Co. v. Paschen Contractors, Inc., 1990 WL 5196 (D. Del. Jan. 25, 1990) . . . . . . 7

Sea Colony, Inc. v. Alcan Aluminum Corp., 653 F. Supp. 1323 (D. Del. 1987) . . . . . . . . . . . . 4

U.S. v. Cargill, Inc., 508 F. Supp. 734 (D. Del. 1981) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4


OTHER CITATIONS

28 U.S.C. § 1332 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

28 U.S.C. § 1391(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

28 U.S.C. § 1404(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

6 Del. C. § 2-319(1)(b) (2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-5

ii.

## I.   INTRODUCTION

Defendant Roka Apparel Products, LLC ("Roka") requests that this Court stay the instant proceedings in Delaware, because there is a related lawsuit pending in the Circuit Court, Fourth Judicial Circuit in and for Duval County, Florida where the parties can obtain complete relief, and the only tenuous link Delaware has to this controversy is that Roka was formed in Delaware.[1]  Indeed, as discussed below, the purchase orders at issue provided that the goods and bills were to be sent to Roka in Jacksonville, Florida, the invoices at issue were directed to Roka at its office in Jacksonville, Florida, the goods were shipped to Jacksonville, Florida, and Roka's principal place of business is located in Jacksonville, Florida.  As such, the interests of justice, judicial efficiency, and judicial economy would be best served by staying this case, which will be decided under Florida substantive law, pending the outcome of the related litigation in the Circuit Court in Duval County, Florida.

## II.   FACTS

### A. The Delaware Federal Court Action.

On March 26, 2007, plaintiff Alexander Fabrics, LLLP ("Alexander") initiated this collection action by filing a Complaint with this Court. (D.I. 1).  On June 1, 2007, Alexander filed a First Amended Complaint attempting to correct the deficiencies related to establishing

---

[1]  Alexander Fabric's, LLP failed to allege in its First Amended Complaint the factual predicates necessary to show the existence of diversity jurisdiction under 28 U.S.C. § 1332.  Although Roka filed an Answer and Affirmative Defenses to the First Amended Complaint on July 13, 2007, followed by an Amended Answer, Affirmative Defenses and Counterclaim on July 20, 2007, Roka preserved and renewed its challenge to subject matter jurisdiction by asserting it as an affirmative defense therein.  Once again, Alexander has failed to carry its pleading burden with respect to alleging the citizenship of each of the members of Roka, an LLC, and the two LLC's which are alleged to be the sole partners of Alexander. Unless and until it is alleged that each of these members of Alexander are individuals, corporations, partnerships, limited liability companies or otherwise, and the citizenship of each for diversity purposes is likewise alleged, Alexander has failed to meet its pleading burden. Without such information, Alexander has not established facts from which this Court can discern whether there exists complete diversity of citizenship.  Accordingly, Roka expressly reserves its right to have this action dismissed for lack of subject matter jurisdiction.

subject matter jurisdiction in its initial Complaint.  In its First Amended Complaint, Alexander seeks to recover $152,238.55 for goods it allegedly shipped to Roka as demonstrated by the invoices attached to the First Amended Complaint as Exhibit A. (D.I. 10).  Each invoice attached to the First Amended Complaint bears both a "sold to" and "ship to" Jacksonville, Florida address.  See D.I. 10 at Ex. A.  Moreover, Alexander alleges that its principal place of business is in Burlington, North Carolina, see D.I. at ¶ 2, and that Roka's is in Jacksonville, Florida. See D.I. at ¶ 4.  Apart from Roka being formed under Delaware law, there is no allegation in the First Amended Complaint tying Delaware to the claims, and, in fact, the claims are governed by Florida law.

### B.  The Florida State Court Action.

On April 30, 2007, Roka initiated a lawsuit against Alexander in the Circuit Court, Fourth Judicial Circuit in and for Duval County, Florida, Case No.16-2007-CA-000151 (the "Florida Action"), in which Roka seeks to recover damages from Alexander for its failure to provide fabrics in conformance with contracts entered into with Roka in Florida.  As alleged by Roka, Alexander's misconduct in shipping and tendering delivery of nonconforming goods to Roka in Florida resulted in the alleged non-payment of the invoices at issue in the instant litigation, each of which was issued by Alexander to Roka at its Jacksonville, Florida office.  Roka is seeking damages in the Florida Action in excess of those sought by Alexander in the instant action.

Alexander filed a motion to dismiss the Florida Action, primarily on the basis that the Florida Court lacked personal jurisdiction over Alexander.  On June 28, 2007 Roka filed the affidavit of its managing member, Larry L. Stone, in support of the Florida Court's exercise of personal jurisdiction over Alexander.  A copy of Roka's affidavit is attached here as Exhibit A.

On July 16, 2007 Roka filed a First Amended Complaint and Demand for Jury Trial in the Florida Action, a copy of which is attached as Exhibit B. Alexander has not yet responded to Roka's First Amended Complaint; however, Roka has noticed the deposition of A. Christopher Perry, a representative of Alexander, for August 16, 2007 for purposes of confirming the existence of personal jurisdiction over Alexander.

Like Alexander's claims, the claims asserted by Roka in the Florida Action are governed by Florida law. Indeed, the underlying Purchase Orders were issued by Roka to Alexander from Roka's Jacksonville, Florida office, and provided that the shipping terms for the fabric furnished by Alexander to Roka that is the subject of this action were **"Ship Via:    FOB JACKSONVILLE, FL U.S."** See Exhibit B at Ex. A. The Purchase Orders also provided that the goods were to be "billed to" Roka at is Jacksonville, Florida office and further required that Alexander was to sent its invoices to Roka at the same location: **"9487 Regency Square Blvd, N., Jacksonville, FL 32225."** See Exhibit B at Ex. A.

### C.    Roka's Counterclaim

On July 20, 2007, Roka filed an Amended Answer, Affirmative Defenses and Counterclaim with this Court. (D.I. 21). The Counterclaim is identical to the claim being asserted by Roka in the Florida Action and, like all the other claims, is governed by Florida law.

## III.    ARGUMENT

**The instant lawsuit should be stayed pending the outcome of the Florida Action.**

The circumstances of this case warrant a stay based upon considerations of "wise judicial administration, giving regard to conservation of judicial resources and comprehensive disposition of litigation." Colorado River Water Conservation District v. U.S., 424 U.S. 800, 817 (1976). "[F]ederal district courts have the inherent discretionary power to stay proceedings

pending the disposition of parallel proceedings in a second court." U.S. v. Cargill, Inc., 508 F. Supp. 734, 747 (D. Del. 1981). The factors relevant to this inquiry are generally the same as those factors considered in deciding a motion for transfer, but also include such things as the ability to avoid piecemeal litigation, whether federal law provides the rule of decision on the merits, the adequacy of state court proceedings to protect the plaintiff's rights, the identity of issues in the two actions, the existence of federal policies militating for or against a stay, and any countervailing federal interests. Moore v. Little Giant Industries, Inc., 513 F. Supp. 1043, 1051 (D. Del. 1981); Sea Colony, Inc. v. Alcan Aluminum Corp., 653 F. Supp. 1323, 1326-27 (D. Del. 1987).

As Alexander alleged in its Complaint and in its First Amended Complaint, Roka is a limited liability company with a principal place of business in Florida. See D.I. 10 at ¶ 4. Specifically, Roka was at all relevant times, headquartered in Jacksonville, Duval County, Florida. Each of the invoices Alexander attached to its Complaint and First Amended Complaint was directed to Roka at its office in Jacksonville, Florida and each of Alexander's invoices bears both a "sold to" and "ship to" Jacksonville, Florida address. See D.I. 10 at Exhibit A. Likewise, each of the purchase orders which form the basis for Roka's state law claims against Alexander in the Florida Action and Counterclaim confirm the shipping instructions and state that the goods are to be shipped from Alexander to Roka "Ship Via:  FOB JACKSONVILLE, FL U.S." See Exhibit B at Ex. A. This means that Alexander, as seller of the fabric, was required to, and did tender delivery of the fabric to Roka in Jacksonville, Florida. (See § 672.319 (1)(b), Fla. Stat. (2007)("When the term is 'F.O.B. the place of destination,' the seller must at her or his own expense and risk transport the goods to that place and *there tender delivery of them* in the manner provided in this chapter…'".) (emphasis added). Delaware law is the same. See 6 Del. C. § 2-

319 (1)(b)) (2007).  The Purchase Orders also provided that the goods were to be "billed to" Roka at its Jacksonville, Florida office and further required that Alexander was to send its invoices to ROKA at the same location:  "9487 Regency Square Blvd, N., Jacksonville, FL 32225."  See Exhibit B at Ex. A.

Therefore, this lawsuit could have been brought against Roka in Florida the United States District Court for the Middle District of Florida under 28 U.S.C. § 1391(a), as Roka resides in that district, Roka's representatives are located in that district, and the transactions at issue were consummated in that district.

Additionally, a stay of the instant lawsuit pending the outcome of the Florida Action is appropriate for the same  reasons  that  would  have  supported  a  request  to  transfer  venue pursuant  to 28 U.S.C. § 1404(a),[2] had Roka sued Alexander in the Middle District of Florida rather than the Circuit Court in Duval County, Florida.  The Third Circuit has set forth the following six (6) private interests to be considered when deciding whether to transfer venue:  (i) plaintiff's forum preference as evidenced by its original choice; (ii) the defendant's preference; (iii) whether the claim arose elsewhere; (iv) the convenience of the parties as indicated by their relative physical and financial condition; (v) the convenience of the witnesses, but only to the extent that the witnesses may actually be unavailable for trial in one of the fora; and (vi) the location of books and records, but only to the extent that the files could not be produced in the alternative forum.  Jumara v. State Farm Ins. Co., 55 F.3d 873, 879-80 (3rd Cir. 1995).

Although Alexander chose the District of Delaware as the forum in which to bring this action, the other five (5) private interests enunciated by the Third Circuit heavily outweigh that choice in this case.  Alexander has its principal place of business in North Carolina, so the

---

[2]       Pursuant to 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."

requested stay in favor of the Florida Action would not impose on Alexander travel burdens or expenses that Alexander would not have otherwise incurred by litigating this case in Delaware. In fact, because Alexander will be required to litigate related issues in Florida anyway due to the Florida Action, the requested stay would reduce the travel burdens and expenses on Alexander (and its current and former employees who will be called as witnesses) by limiting the number of distant venues in which Alexander must litigate.

In addition, none of the transactions and other events giving rise to this lawsuit or to the lawsuit pending in Florida, occurred in Delaware and they will not be decided under Delaware law. Alexander and Roka were present in North Carolina and Florida, respectively, when they negotiated and consummated the contracts at issue, and delivery of the non-conforming fabrics for which Roka allegedly failed to pay Alexander were shipped to Roka at its Jacksonville, Florida location and delivery tendered to Roka " FOB JACKSONVILLE, FL U.S."[3]

Therefore, Alexander's purported claims likely arose in Florida and certainly are not governed by federal law or Delaware law. Furthermore, because Roka's headquarters were at all relevant times located in Florida, litigating this matter in the Florida Action would be more convenient and less expensive not only to Alexander but also to Roka and its current and former representatives, some of whom are likely to be called as witnesses in this matter. Finally, if Alexander's books and records are sufficiently portable to be transported from Alexander's home base in North Carolina to the District of Delaware, there is no practical reason why those records cannot be re-routed to Florida.

The Third Circuit has also established the following six (6) public interests to be weighed when deciding a motion to transfer venue: (i) the enforceability of the judgment; (ii) practical

---

[3]      See invoices attached to Alexander's First Amended Complaint at Exhibit A (D.I. 10) and Purchase Orders attached to Roka's Amended Answer as Exhibit A. (D.I. 21).

considerations that could make the trial easy, expeditious, or inexpensive; (iii) the relative administrative difficulty in the two fora resulting from court congestion; (iv) the local interest in deciding local controversies at home; (v) the public policies of the fora; and (vi) the familiarity of the trial judge with the applicable state law in diversity cases. Jumara, 55 F.3d at 879-80. A defendant's burden to justify transfer of venue is less difficult where, as is the case here with Alexander, the plaintiff has chosen not to litigate on its "home turf." See Reliance Ins. Co. v. Paschen Contractors, Inc., 1990 WL 5196, at *2 (D. Del. Jan. 25, 1990); see also Magee v. Essex-Tec. Corp., 704 F. Supp. 543 (D. Del. 1988); Mayer v. Development Corp. of America, 396 F. Supp. 917, 932 n.26 (D. Del. 1975).

The public interests implicated in the Third Circuit's transfer analysis also weigh in favor of a stay in this case. Because the Florida Action involves the same parties, goods, contracts, and core legal issues, judicial efficiency in the ease, speed, and expense of trial favors the requested stay, as does the judiciary's desire to conserve resources and avoid duplication. See Cashedge, Inc. v. Yodlee, Inc., 2006 WL 2038504, at *2 (D. Del. July 19, 2006); see also Government Employees Ins. Co. v. Rando, 2007 WL 896254, at *3 (D. Del. March 22, 2007) (declining to exercise jurisdiction over defendant, even if plaintiff alleged sufficient facts to establish personal jurisdiction over defendant, because defendant's contacts with Delaware were so insignificant and litigation in other forum would be more convenient). In addition, unlike this Court, the Circuit Court in Duval County, Florida has a local interest in deciding this controversy since it involves a Florida resident (i.e., Roka), the delivery of alleged non-conforming good to Florida, and the only claims asserted by Alexander in the Delaware action involve the application of Florida state law. Moreover, the court in the Florida Action unquestionably is

capable of granting the relief requested by Alexander in the instant action, which is, at heart, a straightforward collection case.

Considering the public and private interests implicated in this matter, the parallel litigation pending in Florida, and the fact that the <u>only</u> tenuous link Delaware has to this dispute is that Roka was formed in Delaware, the interests of justice, judicial efficiency, and judicial economy would be best served by staying this case while the Florida Action proceeds. Finally, there exists a significant risk that piecemeal litigation will allow inconsistent results to occur if the instant lawsuit is permitted to go forward simultaneously with the Florida Action. Thus, adequate justification exists for staying the instant lawsuit pending the outcome of the Florida Action. <u>See Cornerstone Technologies, LLC v. Conrad</u>, 2003 WL 1787959, at *14 (Del. Ch. Ct. March 31, 2003) (staying action commenced in Delaware in favor of case filed in Pennsylvania based on court's inherent power to control its docket).

## IV.    **CONCLUSION**

For the foregoing reasons, defendant Roka respectfully requests that this Court stay the instant action pending the outcome of the Florida Action.

Respectfully submitted,

Dated:  August 2, 2007

By: _____
John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 N. Broom Street
Wilmington, Delaware 19806
Tel. No. (302) 655-4200

- and -

Barbara Slott Pegg
Attorney at Law
316 Sea Moss Lane
Ponte Vedra Beach, Florida 32082
Tel. No. (904) 285-8100

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

ROKA APPAREL PRODUCTS, LLC,
a Delaware limited liability
company,

              Plaintiff,

vs.

ALEXANDER FABRICS, LLLP,
a North Carolina limited liability
limited partnership,

              Defendant.

CASE NO:  16-2007-CA000151XXX
DIVISION: CV-E

_____/

## AFFIDAVIT OF LARRY L. STONE IN SUPPORT OF THIS COURT'S
## EXERCISE OF PERSONAL JURISDICTION OVER DEFENDANT

REPUBLIC OF HONDURAS )
                     ss:
COUNTY OF CORTEZ )

    Before me, the undersigned authority, personally appeared LARRY L. STONE who, being first duly sworn, deposes and says:

    1.    I am of legal age and competent to make this affidavit. Unless otherwise stated, the contents of my affidavit are made on personal knowledge.

    2.    In my capacity as the Managing Member of Roka Apparel Products, LLC, the plaintiff in the above-captioned action ("Roka"), I am familiar with the transactions with the defendant Alexander Fabrics, LLLP ("Alexander") that are the subject of this case.

    3.    I file this affidavit in support of this Court's exercise of personal jurisdiction over Alexander in connection with the Complaint Roka filed in this Court for breach of contract, and breach of express and implied warranties concerning goods ordered by, delivered to, and paid for from **Roka's Jacksonville, Florida location at 9487 Regency**

**Square Blvd., N., Jacksonville, Florida.** I also file this affidavit in opposition to Alexander's Motion to Dismiss Roka's action, which is premised primarily on the asserted basis that this Court lacks authority to exercise personal jurisdiction over Alexander. In particular, I will present facts to demonstrate the inaccuracy of several misstatements made in the June 1, 2007 Declaration of Christopher Perry filed in support of defendant's motion to dismiss. Mr. Perry identifies himself as the President of Alexander from January 1, 1990 through January 2006.

4. Roka is a manufacturer of women's undergarments and swimwear. At all times material to the transactions between Roka and Alexander that are the subject of this case, Roka maintained its administrative office at **9487 Regency Square Blvd., N., Jacksonville,** Florida and maintained its manufacturing facility in Honduras. Although formed as a Delaware LLC, Roka has never maintained an office or manufacturing facility in Delaware and has not conducted any business in Delaware. Yet Alexander, a North Carolina limited liability limited partnership with its principal place of business in North Carolina, has sued Roka in a Delaware federal court for business transactions that have no contact whatsoever with the state of Delaware. Indeed, **these transactions took place largely in Duval County, Florida** which is where Roka initiated its suit which Alexander now seeks to dismiss for lack of personal jurisdiction.

5. In this action Roka seeks damages from Alexander in excess $700,000 related to the failure of a large quantity of specialized liner fabric manufactured by Alexander to conform to specifications, sample and affirmation. This specialized fabric was ordered by Roka in 2004 for use in the cup lining of certain products Roka was manufacturing to fulfill a large contract with a major customer. As alleged in Roka's complaint, the liner

fabric delivered by Alexander was not fit for the purpose for which it was to be used, failed to conform to specifications, did not stretch or mold as required, and was not the same as that which Alexander had promised and submitted for testing and approval. *See* Roka's Complaint, ¶10.

6.     Mr. Perry states in ¶ 2. of his Declaration that "Alexander had no dealings or business in the State of Florida."    Alexander's own documentation contradicts this statement and shows that Alexander routinely did business with Roka at its Jacksonville, Florida location during the relevant time period.  Attached to Alexander's own Complaint in the Delaware federal court action as Exhibit A are thirty-one invoices issued by Alexander in Burlington, North Carolina between December 22, 2004 through March 8, 2005.  Alexander alleges that North Carolina is the state of its formation and where it has its principal place of business (Del. Comp. ¶2.)    Alexander further alleges that the Alexander invoices evidence shipments of fabric Alexander shipped to Roka for which Roka allegedly owes Alexander $152,238.55 (Del. Comp. ¶19.)    One of the thirty-one Alexander invoices, No. 0023308, dated 2/11/2005, is attached here as Exhibit A. Also attached as Exhibit B is another Alexander invoice, No. 018970, dated 8/5/2004.

6.    Each of the these invoices, like the other Alexander invoices *prepared by Alexander in connection with the business transactions with Roka which are the subject of the parties' disputes*, contains identical language in the relevant sections. First, in the **"SOLD TO"** and **"SHIP TO"** sections, Alexander states that the fabric for which it is seeking payment in this case was **"SOLD TO ROKA APPAREL PRODUCTS, LLC, 9487 REGENCY SQUARE BLVD. N., JACKSONVILLE, FL 322250000"**  and **"SHIP TO ROKA APPAREL PRODUCTS c/o CROWLEY LOGISTICS, INC.,**

4222 JAMES E. CASEY DR. JACKSONVILLE, FL 32219." Next, in the "**Send Remittance To**" section, Alexander states that payment for the fabric was to be sent by Roka to "Alexander Fabrics, P. O. Box 751597 in Charlotte, N.C." The same information is reflected on the packing lists prepared by Alexander in connection with the goods that are the subject of this lawsuit, a sample of which is attached as Exhibit C.

7. As required by Alexander's own invoices, Roka routinely made payments to Alexander from its Jacksonville, Florida office, from a Florida bank account maintained by Roka at a Florida bank. Attached as Exhibit D is a cancelled check from Roka to Alexander making payment for fabrics delivered to Roka in Jacksonville, Florida. The cancelled check bears Roka's Jacksonville, Florida office address--the same Florida address found on the invoices and packing lists prepared by Alexander in the "Sold to" and "Ship to" sections.

8. Mr. Perry further makes the unsupported statement in ¶ 3. of his Declaration that "title to the fabric subject of the present dispute was transferred to Roka in the State of North Carolina upon delivery by Alexander to a delivery company in the State of North Carolina." However, the Purchase Orders issued by Roka to Alexander in North Carolina, samples of which are attached as Exhibit E, confirm that the shipping terms for the fabric furnished by Alexander to Roka that is the subject of this action (and the action wrongly filed by Alexander in Delaware) were "**Ship Via: FOB JACKSONVILLE, FL U.S.**" As true with the terms of the Alexander invoices attached as Exhibits A and B, the terms of Roka's purchase order confirms that Jacksonville, Florida was the place of destination. "**FOB JACKSONVILLE, FL U.S.**" means that Alexander, as seller of the fabric, was required to, and did tender delivery of the fabric to Roka in Jacksonville,

Florida, and not in North Carolina as Mr. Perry states. (*See* § 672.319 (1)(b), Fla. Stat. (2007)("When the term is 'F.O.B. the place of destination,' the seller must at her or his own expense and risk transport the goods to that place and *there tender delivery of them* in the manner provided in this chapter...'".) (emphasis added).

9.   Roka anticipated that if sued by any of its suppliers who delivered goods ordered from, delivered to, and paid by Roka in and from its Jacksonville, Florida location, that such lawsuits would take place here in Duval County. It is not unreasonable to require Alexander to address these Florida business transactions here in a Florida court.   Nevertheless,   Alexander initiated its suit in a distant forum, Delaware, where neither party has an office or does business, and which is highly inconvenient, since none of the witnesses or books and records are located there. Roka has moved to dismiss the Delaware federal court case for lack of federal court subject matter jurisdiction or alternatively, to stay it in favor of this case.

10.   Should this Court determine that it has personal jurisdiction over Alexander, I am aware of no impediment to Alexander asserting and litigating in this case, the claims it has attempted to assert against Roka in the Delaware federal court action.

Under penalties of perjury, I state that information contained in my Affidavit is true and correct to the best of my knowledge and belief.

Larry L. Stone

REPUBLIC OF HONDURAS

COUNTY OF CORTEZ

5

The foregoing instrument was acknowledged before me this _____27_____ day of June, 2007 by Larry L. Stone, who is personally known to me or who has produced

Pssbrt ___141412596___ as identification and who did take an oath.

Notary Public Republic of Honduras

Name: _Baba Indio Cobero G._

Commission No.: _6831_

My Commission Expires:

# EXHIBIT A

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE.: 336/228-3332

COPY 1

# INVOICE

INVOICE NUMBER:  0023308

INVOICE DATE:  2/11/2005

PAGE:  1

| | |
|---|---|
| SOLD TO | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL 322250000 |

| | |
|---|---|
| SHIP TO | ROKA APPAREL PRODUCTS<br>C/O CROWLEY LOGISTICS, INC<br>4222 JAMES E. CASEY DR.<br><br>JACKSONVILLE, FL  32219 |

| | |
|---|---|
| BOL | 0029284 |
| TERMS | NET 60 |
| SHIP VIA | WATKINS TRUCK |
| SHIP DATE | 2/11/2005 |

| | |
|---|---|
| PO NUMBER | R357927 |
| PO DATE | 12/22/2004 |
| CONTRACT # | 0008563-000 |
| SALESMAN | DAVID BLOOM |

| Product Information | Dye Lot/Order # | Pieces | UOM | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 3126 0      8062<br>01302 ATW TRUE WHITE ATW<br>ATW TRUE WHITE<br><br>SHADE: 10 | 0020934000000 | 17 | YD<br>SY<br>LB | 1585 0<br>4050.6<br>569 8 | 3 000 | 4755 00 |
| | SUBTOTAL | | | 1585.0 | | 4755.00 |
| | TOTAL | | | 1585.0 | | 4755.00 |

Send Remittance To:
ALEXANDER FABRICS
P O. BOX 751597
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission

# EXHIBIT B

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE: 336/228-3332

PROOF

## INVOICE

INVOICE NUMBER:  0018970

INVOICE DATE:  8/05/2004

PAGE:  1

| | |
|---|---|
| **SOLD TO** | ROKA APPAREL PRODUCTS, LLC<br>9487 REGENCY SQUARE BLVD. N<br>JACKSONVILLE, FL  322250000 |

| | |
|---|---|
| **SHIP TO** | ROKA APPAREL PRODUCTS, INC.<br>C/O CROWLEY LOGISTICS, INC.<br>4222 JAMES E. CASEY DR.<br>JACKSONVILLE, FL  32219 |

| | |
|---|---|
| **BOL** | 0024699 |
| **TERMS** | NET 60 |
| **SHIP VIA** | WATKINS TRUCK |
| **SHIP DATE** | 8/05/2004 |

| | |
|---|---|
| **PO NUMBER** | R350520 |
| **PO DATE** | 6/21/2004 |
| **CONTRACT #** | 0007068-000 |
| **SALESMAN** | DAVID BLOOM |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 20717 0    7164<br>08101ATW TRUE WHITE POLY 70717<br>ATW TRUE WHITE POLY<br><br>SHADE: 10 | 0016116000002 | 2 | YD<br>SY<br>LB | 3400.0<br>5666.7<br>1654.8 | 1.700 | 5780.0 |
| | SUBTOTAL | | | 3400.0 | | 5780.0 |
| | TOTAL | | | 3400.0 | | 5780.0 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597.
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commission.

# EXHIBIT C

Alexander Fabrics

| DATE 1/23/2004 | BOL NO. 0024336 | P.O. NO. R350520 |
|---|---|---|

CARRIER: WATKINS TRUCK

SOLD TO:
ROKA APPAREL PRODUCTS
9487 REGENCY SQUARE BLVD N
JACKSONVILLE, FL 32225

SHIP TO:
ROKA APPAREL PRODUCTS
C/O CROWLEY LOGISTICS, INC.
JACKSONVILLE, FL 32219

| PRODUCT | CUSTOMER PRODUCT |
|---|---|
| 70717 0        7164 | 08101ATW TRUE WHITE POLY 70717 |
| COLOR | CUSTOMER COLOR # |
| ATW TRUE WHITE POLY | ATW |

| BULK NUMBER | ROLL NO. | LOT # | LINEAR YARDS | GROSS WEIGHT | NET WEIGHT |
|---|---|---|---|---|---|
| | 000398385 | 0018157000000 | 124.0 | 59.0 | 57.4 |
| | 000398386 | 0018157000000 | 100.0 | 49.0 | 47.4 |
| | 000398387 | 0018157000000 | 100.0 | 49.0 | 47.4 |
| | 000398389 | 0018157000000 | 100.0 | 49.0 | 47.4 |
| | 000398391 | 0018157000000 | 100.0 | 49.0 | 47.4 |
| | 000398392 | 0018157000000 | 100.0 | 49.0 | 47.4 |
| | 000398393 | 0018157000000 | 100.0 | 49.0 | 47.4 |
| | 000398394 | 0018157000000 | 100.0 | 49.0 | 47.4 |
| | 000398395 | 0018157000000 | 100.0 | 49.0 | 47.4 |
| | 000398396 | 0018157000000 | 100.0 | 49.0 | 47.4 |
| | 000398398 | 0018157000000 | 100.0 | 49.0 | 47.4 |
| | 000398399 | 0018157000000 | 124.0 | 58.0 | 56.4 |
| | 000398400 | 0018157000000 | 100.0 | 49.0 | 47.4 |
| | 000398401 | 0018157000000 | 100.0 | 49.0 | 47.4 |
| | 000398402 | 0018157000000 | 100.0 | 49.0 | 47.4 |
| | 000398404 | 0018157000000 | 100.0 | 49.0 | 47.4 |
| | 000398405 | 0018157000000 | 100.0 | 49.0 | 47.4 |
| | 000398406 | 0018157000000 | 100.0 | 49.0 | 47.4 |

| PRODUCT TOTALS: PKGS: | 18 | 3080.0 SQ.YDS. | 1848.0 LN.YDS. | 901.0 GR.WGT. | 872.2 NT.WGT. |
|---|---|---|---|---|---|
| FINAL TOTALS: PKGS: | 18 | 3080.0 SQ.YDS. | 1848.0 LN.YDS. | 901.0 GR.WGT. | 872.2 NT.WGT. |

# EXHIBIT D

BRANCH BANKING AND TRUST COMPANY
JACKSONVILLE, FLORIDA

llC 2339
63-813/2631
1835F

**ROKA APPAREL PRODUCTS, LLC.**
(904)725-0024
9487 REGENCY SQUARE BLVD, N., STE. 145
JACKSONVILLE, FL 32225

10/7/2004

PAY TO THE
ORDER OF    Alexander Fabrics                                    $ **44,943.18

Forty-Four Thousand Nine Hundred Forty-Three and 18/100*************************************** DOLLARS

Alexander Fabrics
P.O. Box 751597
Charlotte, NC 28275

Karen Stone

MEMO

⑆002339⑈ ⑆263191387⑈ 0145171563⑈          ⑆0004494318⑈

---

BRANCH BANKING AND TRUST COMPANY
TALLAHASSEE, FL 32312
63-9198/2631

llC 2782

**RoKa Apparel Products LLC**
9487 Regency Square Blvd. N Suite 145
Jacksonville, FL 32225-6126
904-725-0024

1/19/2005

PAY TO THE
ORDER OF    Alexander Fabrics                                    $ **31,221.26

Thirty-One Thousand Two Hundred Twenty-One and 26/100************************************** DOLLARS

Alexander Fabrics
P.O. Box 751597
Charlotte, NC 28275

Karen Stone

MEMO

⑆002782⑈ ⑆263191387⑈ 0145171563⑈          ⑆0003122126⑈

# EXHIBIT E

P U R C H A S E   O R D E R

Order Number    Vend#    Buyer
R357927         0032     RAMA

Date
12/21/2004

PLEASE SEE REVERSE FOR REGULATION INF

ROKA APPAREL PRODUCTS LLC
VILLANUEVA, CORTES HONDURAS
CONTACT:  SHIOW-FEN LEE
EMAIL:  SFLEE@WARNACO.COM
PHONE#  504-670-4051

Attn: ALISON LOPEZ

ALEXANDER
1118 MAPLE AVENUE
316-229-9139
BURLINGTON, NC  27215

TERMS:    60 DAYS (FROM INVOICE DATE)

D.D.P.

Ship Via:    FOB JACKSONVILLE, FL U.S.

Ship To:
RC -         HANLEY MANUFACTURING #2
             CUTTING DEPT. (ROKA)
             ZOLI PARQUE INDUSTRIAL
             VILLANUEVA BUILDING #17
             VILLANUEVA-C  HONDURAS

Bill To:
             ROKA APPAREL PRODUCTS LLC
             SUITE 145
             9487 REGENCY SQUARE BLV N
             TEL: 904 725 0024
             JACKSONVILLE,, FL  32225

P.O. Comments

| L I N E # | Price | Fabric | Color | Mill Number | Mill Description<br>Mill Color | Order<br>Qty | Unit<br>Meas. | Due<br>Date | At ROKA | | Ship<br>To |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3.00000 | 01302<br>MICRODENIER NYLON TRUE WHITE | AYW | | | 5,180.000 | YARDS | 01/15/2005 | 3 | wk | RC |

SPECIAL INSTRUCTIONS

Send Invoices to:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE, FL  32225

*All invoices, packing lists, cartons and labels must show
ROKA's number and purchase order number
*Packing lists must be included with all shipments.
*If goods do not meet ROKA specification and inspection,
Reserve the right to return such goods for full credit.
*Continuing guaranty under the flammable fabrics and textile
Fibre products I.D.'s must be made on all invoices.

If you cannot fulfill any of the above
NOTIFY US IMMEDIATELY

COPY 1 - Vendor Copy

RICARDO IMMACA
Authorized Signature

# PURCHASE ORDER

| | |
|---|---|
| Date 6/09/2004 | Order Number R330521 | Vend# 0032 | Buyer CDUR |

**PLEASE SEE REVERSE FOR REGULATION INF**

ROKA APPAREL PRODUCTS
10 TURKILL BROOK DR
SOUTHBURY, CT 06488

ALEXANDER
16 MAPLE AVENUE
16-229-9139
ARLINGTON, NC 27215

Attn: ALISON LOPEZ

Terms: 60 DAYS (FROM INVOICE DATE)

D.D.P.:

Ship Via: FOB JACKSONVILLE, FL U.S.

Ship To: HAMLET MANUFACTURING #2
Rc - CUTTING DEPT (ROKA)
ZOLI PARQUE INDUSTRIAL
VILLANUEVA BUILDING #17
VILLANUEVA-C HONDURAS

Bill To: ROKA APPAREL PRODUCTS LLC
P.O. BOX 448
SOUTHBURY, CT 06488

P.O. Comments

| L# | Price | Fabric | Color | Mill Number | Mill Description Mill Color | Order Qty | Unit Meas. | At ROKA Due Date | Wk | Ship To |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2.12000 | 08101 MASKING FABRIC | AUB RICH BLACK 70717 | 70717 | | 7,200.000 YARDS 7,200.000 YARDS | | 6/12/2004 9/05/2004 | 23 23 | RC RC |

SPECIAL INSTRUCTIONS

If you cannot fulfill any of the above
notify us immediately.

_____
Authorized Signature

COPY 3 - Purchasing

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

ROKA APPAREL PRODUCTS, LLC,
a Delaware limited liability
company,

        CASE NO:  16-2007-CA000151XXX

      Plaintiff,

        DIVISION: CV-E

vs.

ALEXANDER FABRICS, LLLP,
a North Carolina limited liability
limited partnership,
      Defendant.

_____/

### FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, ROKA APPAREL PRODUCTS, LLC, a Delaware limited liability

company ("ROKA" or "Plaintiff") sues ALEXANDER FABRICS, LLLP, a North

Carolina corporation ("ALEXANDER" or "Defendant") and alleges as follows:

### JURISDICTION, PARTIES AND VENUE

1.      This is an action for damages in excess of $15,000.00 and for equitable and

related relief.

2.      One or more of the causes of action accrued in Duval County, Florida.

3.  Plaintiff ROKA is a limited liability company formed in Delaware, which, at all

material times herein, maintained an office to transact business in Duval County

Florida. ROKA is a manufacturer of women's undergarments and swimwear.

4.    Defendant ALEXANDER is a limited liability limited partnership formed in

North Carolina with its principal place of business in North Carolina. ALEXANDER

engaged in business in the State of Florida from which the causes of action alleged herein

arose, subjecting ALEXANDER to the personal jurisdiction of this Court pursuant to

§48.193 (1)(a), Fla. Stat. (2007). ALEXANDER also breached several contracts with ROKA in Florida by failing to perform acts required by the contracts to be performed in Florida, from which the causes of action alleged herein arose, subjecting ALEXANDER to the personal jurisdiction of this Court pursuant to §48.193 (1)(g), Fla. Stat. (2007). ALEXANDER engaged in substantial and not isolated activity within this state, subjecting ALEXANDER to the personal jurisdiction of this Court pursuant to §48.193 (2), Fla. Stat. (2007). ALEXANDER is a merchant engaged in the business of producing and selling specialized fabrics and related materials.

## GENERAL ALLEGATIONS

5. WARNACO GROUP, INC. ("Warnaco") is a multi-brand, multi-channel apparel company with world-wide distribution. Warnaco owns and licenses a portfolio of highly recognized brand names. In 2004 ROKA entered into a contract with Warnaco to manufacture a large quantity of women's undergarments named All The Right Moves ("ATRM") (the "Warnaco Contract").

6. In April 2004 ALEXANDER provided Warnaco with sample fabric, which ALEXANDER, by affirmation and promises to Warnaco and ROKA, represented to be suitable for the purpose for which it was intended to be used. The ALEXANDER sample fabric was tested and approved by Warnaco for use as a cup liner in the ATRM products which ROKA was manufacturing to fulfill the Warnaco contract. ALEXANDER assigned to this specialized liner fabric an in-house identification Number 70717. It was identified at ROKA as Number 8101. Hereinafter the goods will be described as "the ALEXANDER Number 70717/8101 liner fabric."

7. Thereafter Warnaco instructed ROKA to place orders with ALEXANDER for the approved specialized liner fabric for use in the cup lining of the ATRM products

2

ROKA was manufacturing to fulfill the Warnaco contract. Over the next several months, ROKA placed multiple orders with ALEXANDER for the Number 70717/8101 liner fabric. ROKA placed these orders with ALEXANDER from ROKA's Jacksonville, Florida administrative office located at 9487 Regency Square Blvd., N. Jacksonville, Florida.

8. The Purchase Orders issued by ROKA from its Jacksonville office to ALEXANDER in North Carolina, attached collectively as Exhibit A, provided that Jacksonville, Florida was the place of destination for the goods shipped to ROKA at its Jacksonville, Florida location. The Purchase Orders provided that the shipping terms for the fabric furnished by ALEXANDER to ROKA that is the subject of this action were **"Ship Via: FOB JACKSONVILLE, FL U.S."** This means that ALEXANDER, as seller of the fabric, was required to, and did tender delivery of the fabric to ROKA in Jacksonville, Florida. (*See* § 672.319 (1)(b), Fla. Stat. (2007)("When the term is 'F.O.B. the place of destination,' the seller must at her or his own expense and risk transport the goods to that place and *there tender delivery of them* in the manner provided in this chapter...'".) (emphasis added). The Purchase Orders also provided that the goods were to be "billed to" ROKA at is Jacksonville, Florida office and further required that ALEXANDER was to sent its invoices were to ROKA at the same location: **"9487 Regency Square Blvd, N., Jacksonville, FL 32225."**

9. ALEXANDER's own invoices, prepared by ALEXANDER in connection with the business transactions with ROKA which are the subject of this action, provide that the goods were both "sold to" and "shipped to" ROKA in Jacksonville, Florida. Specifically, the ALEXANDER invoices, a copy of one of which is attached as Exhibit B, provide in the **"SOLD TO"** and **"SHIP TO"** sections, that the fabric was **"SOLD TO ROKA APPAREL PRODUCTS, LLC, 9487 REGENCY SQUARE BLVD. N.,**

3

JACKSONVILLE, FL 322250000" and "SHIP TO ROKA APPAREL PRODUCTS c/o CROWLEY LOGISTICS, INC., 4222 JAMES E. CASEY DR. JACKSONVILLE, FL 32219."

10. In the **"Send Remittance To"** section of ALEXANDER's invoices to ROKA, ALEXANDER states that payment for the fabric was to be sent by ROKA to "Alexander Fabrics, P. O. Box 751597 in Charlotte, N.C." The same information is reflected on the packing lists prepared by ALEXANDER in connection with the goods that are the subject of this action, one of which is attached as Exhibit C. ROKA complied by making payment for the fabric to ALEXANDER from ROKA's Jacksonville, Florida office, from a Florida bank account maintained by Roka. Attached as Exhibit D are cancelled checks from Roka to Alexander making payment for fabrics delivered to Roka in Jacksonville, Florida during the relevant time frame. The cancelled checks bear Roka's Jacksonville, Florida office address. This is the same Florida address found on the invoices and packing lists prepared by Alexander in the "Sold to" and "Ship to" sections.

11. By selling, shipping and tendering delivery of multiple orders for the ALEXANDER Number 70717/8101 liner fabric to ROKA at its Jacksonville, Florida location, over a period of several months, ALEXANDER engaged in business with ROKA in the state of Florida, engaged in substantial and not isolated business transactions with ROKA in Florida, and availed itself of the privileges of transacting business in the state of Florida. The causes of action asserted herein against ALEXANDER arose directly from those business transactions with ROKA at its Jacksonville, Florida location. These facts demonstrate sufficient predicates for this Court's exercise of personal jurisdiction over ALEXANDER under the Florida Long Arm Statute, § 48.193 (1) (a) and (2), Fla. Stat. (2007). They also demonstrate the existence of sufficient minimum contacts between

4

ALEXANDER and the state of Florida for this Court to exercise personal jurisdiction over ALEXANDER in this action. *See Venetian Salami Co. v. Parthenais*, 554 So. 2d 499 (Fla. 1989).

12.    At the same time ROKA placed the orders with ALEXANDER for the ALEXANDER Number 70717/8101 liner fabric, ROKA placed orders for other component fabrics it needed to manufacture the ATRM products with several other vendors at substantial cost and expense to ROKA.    ALEXANDER knew that ROKA would be placing such orders.

13.    At the time ROKA accepted delivery of the ALEXANDER Number 70717/8101 liner fabric tendered to ROKA **"F.O.B. Jacksonville, Florida,"** it was not aware of its nonconformity, nor was it possible for ROKA to have discovered the nonconformity before acceptance.    Additionally ROKA was induced to accept the goods by ALEXANDER's assurances that the liner fabric was as ordered and promised.

14.    Between April and early August 2004 ROKA produced large quantities of ATRM products, lining the cups with the ALEXANDER Number 70717/8101 liner fabric delivered by ALEXANDER to ROKA **"F.O.B. Jacksonville, Florida."**

15.    In early August, 2004 Warnaco notified ROKA that the ATRM products ROKA had manufactured with the ALEXANDER Number 70717/8101 liner fabric were not performing due to the failure of the ALEXANDER Number 70717/8101 liner fabric to perform according to specifications and that it was not in conformity with the sample and affirmations provided by ALEXANDER.    In particular the ALEXANDER Number 70717/8101 liner fabric did not stretch or mold as required and had both a different fabric content and appearance than ALEXANDER's affirmations and the sample provided and approved. ROKA promptly notified ALEXANDER of the nonconformity.

16. Both Warnaco and ROKA promptly notified ALEXANDER, upon discovery of the nonconformity, that the ALEXANDER Number 70717/8101 liner fabric shipped to ROKA failed to conform to specifications and was not the same as that ALEXANDER had promised and had submitted to Warnaco for testing and approval.

17. Efforts to resolve the issues with ALEXANDER regarding the ALEXANDER Number 70717/8101 liner fabric failed and in early October 2004, Warnaco instructed ROKA to cease using the ALEXANDER Number 70717/8101 liner fabric in manufacturing the ATRM products.

18. At that point in time ROKA was forced to destroy over $40,000 of ATRM garments already laminated and cut which contained the ALEXANDER Number 70717/8101 liner fabric. In addition, ROKA then had in inventory over 100,000 yards of the ALEXANDER Number 70717/8101 liner fabric which ROKA had ordered to fulfill the Warnaco contract.

19. ROKA notified ALEXANDER within a reasonable time after acceptance of the ALEXANDER Number 70717/8101 liner fabric that it was rejecting and revoking the acceptance of the goods delivered due to their nonconformity, demanding credit for payments already made, and returning the unused ALEXANDER Number 70717/8101 liner fabric.

20. ROKA also sought instructions from ALEXANDER as to the return of the 100,000 yards ROKA had at its warehouse at the time.

21. ALEXANDER refused to provide ROKA a credit and also refused to provide ROKA a return authorization number. Instead ALEXANDER continued to ship goods to ROKA and notified ROKA not to return the ALEXANDER Number 70717/8101 liner fabric, telling ROKA that it would refuse any attempt by ROKA to return the goods.

Thereafter ROKA ceased making payments to ALEXANDER on invoices related to purchase orders dated from late 2004 into early 2005.

22. Despite commercially reasonable efforts by ROKA to find other uses for the ALEXANDER Number 70717/8101 liner fabric in its inventory, it has been unable to do so with the exception of a few thousand yards.

23. At the time of the filing of this suit, ROKA's current inventory of the non-conforming and defective ALEXANDER Number 70717/8101 liner fabric is approximately of 83,229 yards with a delivered cost of $166,480.

24. As a result of ALEXANDER's failure to deliver the fabric ordered according to specifications and affirmations, and the failure of the ALEXANDER Number 70717/8101 liner fabric to conform to its intended use, of which ALEXANDER was aware at the time ROKA placed its orders, ROKA had approximately 14,000 dozens of open orders or forecasted orders cancelled.

25. This loss of business, involving substantial quantities of the other materials ROKA had purchased and which were in its inventory to complete the ATRM garments, created additional and foreseeable consequential and incidental damages to ROKA in excess of $700,000.

26. The nonconformity of the ALEXANDER Number 70717/8101 liner fabric substantially impaired the value of the fabric to ROKA because it could not use it to produce the ATRM products for which it was intended; it also could not use component materials ordered to manufacture the ATRM garments; it was forced to destroy ATRM products already produced with the defective ALEXANDER fabric; and it resulted in the cancellation of orders and the loss of business and goodwill.

27.    ROKA has at all relevant times had an advantageous business relationship with Warnaco which is one of ROKA's most important customers.

28.    At all relevant times, ALEXANDER had knowledge of ROKA's advantageous business relationships with Warnaco and ALEXANDER knew that the ALEXANDER Number 70717/8101 liner fabric ordered by ROKA was intended for use in products ROKA was manufacturing for and to the specifications of Warnaco. ALEXANDER also knew that ROKA would be purchasing other component fabrics and trim at substantial cost to manufacture the ATRM products and that the merchantability and success of the garments depended on the proper functioning of the ALEXANDER Number 70717/8101 liner fabric which was an integral and essential part of each finished ATRM garment manufactured by ROKA.

29.    ALEXANDER's failure to deliver conforming goods to ROKA that met the specifications ordered by ROKA and required by Warnaco resulted in Warnaco's refusal to accept goods manufactured by ROKA with ALEXANDER's defective product and further resulted in Warnaco's cancellation of substantial orders it had placed with ROKA, causing substantial damage to Plaintiff, including loss of anticipated profits, and impairment of goodwill with one of ROKA's major customers.

30.    All conditions precedent to the bringing of this action have been performed, have occurred, or have been waived.

31.    ROKA is not required to elect between revocation of acceptance and recovery of damages for breach. Both are available to ROKA. *See* §672.608, Fla. Stat. (2007).

32. ROKA's timely revocation provides ROKA with the same rights and duties with regard to the ALEXANDER Number 70717/8101 liner fabric as if ROKA had rejected it. *See* §672.608, Fla. Stat. (2007) and §672.607, Fla. Stat. (2007).

## COUNT I
## BREACH OF CONTRACT

33. Plaintiff realleges in this count the allegations set forth hereinabove in paragraphs 1 through 32.

34. ROKA and ALEXANDER entered into a series of contracts for the purchase and delivery of ALEXANDER Number 70717/8101 liner fabric. Copies of the Purchase Orders are attached as Exhibit A and their terms are incorporated by reference. The fabric delivered to ROKA by ALEXANDER was defective, failed to conform to specifications and affirmations of ALEXANDER, and did not perform for its intended use. As a direct result of this material breach by ALEXANDER, there was a total failure of consideration and ROKA has sustained, and continues to sustain economic damages.

35. ALEXANDER breached several contracts with ROKA in Florida by failing to perform acts required by the contracts to be performed in Florida, from which the causes of action alleged herein arose, subjecting ALEXANDER to the personal jurisdiction of this Court pursuant to §48.193 (1)(g), Fla. Stat. (2007).

36. ROKA is entitled to damages including the losses resulting in the ordinary course of events from ALEXANDER's breach determined in any manner which is reasonable. *See* §672.714, Fla. Stat. (2007). ROKA is also entitled to incidental and consequential damages resulting from ALEXANDER's breach. See §672.715, Fla. Stat. (2007).

37.    As a further result of the total failure of consideration, ALEXANDER's failure of performance, and other misconduct described above, ROKA has incurred and will continue to incur additional costs and expenses, including reasonable attorney's fees.

WHEREFORE, ROKA demands judgment in its favor, together with an award of costs, pre-judgment interest, and all such other and additional relief as this Court may deem just and proper including reasonable attorney's fees.

## COUNT II
## BREACH OF EXPRESS WARRANTIES

38.    Plaintiff realleges in this count the allegations set forth hereinabove in paragraphs 1 through 37.

39.    ALEXANDER created express warranties by affirmation, promise, description and sample provided by ALEXANDER to both Warnaco and ROKA that the ALEXANDER Number 70717/8101 liner fabric would perform for its intended use as a cup liner for the ATRM products and would conform to the express warranties.

40.    The goods delivered to ROKA by ALEXANDER breached the express warranties created by ALEXANDER. Among other things, the ALEXANDER Number 70717/8101 liner fabric was not fit for the purpose for which it was to be used, failed to conform to specifications, did not stretch or mold as required, and was not the same as that ALEXANDER had promised and had submitted to Warnaco for testing and approval.

41.    ROKA is entitled to damages resulting from ALEXANDER's breach of warranty measured by the difference at the time and place of acceptance between the value of the goods accepted and the value they would have had if they had been as warranted, unless special circumstances show proximate damages of a different amount. *See*

§672.714, Fla. Stat. (2007).   ROKA is also entitled to incidental and consequential damages resulting from ALEXANDER's breach. *See* §672.715, Fla. Stat. (2007).

42. As a further result of ALEXANDER's breach of express warranties and other misconduct described herein, ROKA has incurred and will continue to incur additional costs and expenses, including reasonable attorney's fees.

WHEREFORE, ROKA demands judgment in its favor, together with an award of costs, pre-judgment interest, and all such other and additional relief as this Court may deem just and proper, including reasonable attorney's fees.

## COUNT III
## BREACH OF IMPLIED WARRANTIES

43. Plaintiff realleges in this count the allegations set forth hereinabove in paragraphs 1 through 42.

44. A warranty that the ALEXANDER Number 70717/8101 liner fabric ordered by ROKA and delivered by ALEXANDER be merchantable is implied in each of the contracts entered into between ROKA and ALEXANDER for the purchase of the ALEXANDER Number 70717/8101 liner fabric.

45. The ALEXANDER Number 70717/8101 goods delivered to ROKA were not merchantable. Among other things, the ALEXANDER Number 70717/8101 liner fabric was not fit for the purpose for which it was to be used and did not conform to specifications, affirmations by ALEXANDER nor the sample provided.

46. ROKA is entitled to damages resulting from ALEXANDER's breach of warranty measured by the difference at the time and place of acceptance between the value of the goods accepted and the value they would have had if they had been as warranted, unless special circumstances show proximate damages of a different amount. *See*

§672.714, Fla. Stat. (2007). ROKA is also entitled to incidental and consequential damages resulting from ALEXANDER's breach. *See* §672.715, Fla. Stat. (2007).

47.    As a further result of ALEXANDER's breach of implied warranties and other misconduct described herein, ROKA has incurred and will continue to incur additional costs and expenses, including reasonable attorney's fees.

WHEREFORE, ROKA demands judgment in its favor, together with an award of costs, pre-judgment interest, and all such other and additional relief as this Court may deem just and proper including reasonable attorney's fees.

## COUNT IV
## REVOCATION OF ACCEPTANCE

48.    Plaintiff realleges in this count the allegations set forth hereinabove in paragraphs 1 through 47.

49.    At the time ROKA accepted delivery of the ALEXANDER Number 70717/8101 liner fabric tendered to ROKA "**F.O.B. Jacksonville, Florida**," it was not aware of its nonconformity, nor was it possible for ROKA to have discovered the nonconformity before acceptance. Additionally ROKA was induced to accept the goods by ALEXANDER's assurances that the liner fabric was as ordered and promised.

50.    The nonconformity of the ALEXANDER Number 70717/8101 liner fabric substantially impaired the value of the fabric to ROKA because it could not use it to produce the ATRM products for which it was intended; it also could not use component materials ordered to manufacture the ATRM garments; it was forced to destroy ATRM products already produced with the defective ALEXANDER fabric; and it resulted in the cancellation of orders and the loss of business and goodwill.

51. ROKA notified ALEXANDER within a reasonable time after acceptance of the ALEXANDER Number 70717/8101 liner fabric that it was rejecting and revoking the acceptance of the goods delivered due to their nonconformity, demanding credit for payments already made, and returning the unused ALEXANDER Number 70717/8101 liner fabric.

52. ROKA is entitled to damages including the losses resulting in the ordinary course of events from ALEXANDER's breach determined in any manner which is reasonable. *See* §672.714, Fla. Stat. (2007). ROKA is also entitled to incidental and consequential damages resulting from ALEXANDER's breach. See §672.715, Fla. Stat. (2007).

WHEREFORE, ROKA demands judgment in its favor, together with an award of costs, pre-judgment interest, and all such other and additional relief as this Court may deem just and proper including reasonable attorney's fees.

## DEMAND FOR JURY TRIAL

Pursuant to Florida Rule of Civil Procedure 1.430, ROKA demands a trial by jury of all issues so triable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of July, 2007, a copy of the foregoing was furnished by facsimile and U.S. Mail to Patrick P. Coll, Esq., The Bedell Building, 101 East Adams Street, Jacksonville, Florida 32202.

By: _____

BARBARA SLOTT PEGG
Florida Bar No. 275352
New York Bar No. 2140468
316 Sea Moss Lane
Ponte Vedra Beach, Florida 32082
Telephone No. (904) 285-8100
Facsimile No. (904) 285-8890
ATTORNEY FOR PLAINTIFF

# EXHIBIT A

ROKA APPAREL PRODUCTS LLC
VILLANUEVA, CORTES HONDURAS
CONTACT: SHIOW-FEN LEE
EMAIL: SFLEE@MWRANCO.COM
PHONE# 504-670-4051

| Date | Order Number | Vend# | 0032 |
|---|---|---|---|
| 06/09/2004 | R350020 | | Buyer |
| | | | CBDR |

PLEASE SEE REVERSE FOR REGULATION INF

ALEXANDER
1718 MAPLE AVENUE
336-229-9139
BURLINGTON, NC 27215

Attn: ALISON LOPEZ

TERMS:   60 DAYS (FROM INVOICE DATE)

D.D.P.

Ship Via:    FOB JACKSONVILLE, FL U.S.

Ship To:
Rc -
HEMSET MANUFACTURING #2
CUTTING DEPT (ROKA)
ZOLI PARQUE INDUSTRIAL
VILLANUEVA BUILDING #17
VILLANUEVA-C    HONDURAS

Bill To:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE,, FL 32225

P.O. Comments

| L N # | Price | Fabric | Color | Mill Number | Mill Description Mill Color | Order Qty | Unit Meas. | Due At ROKA Date | Ship To wk |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.7000 | 08101 MASKING FABRIC | 70710 TRUE WHITE | 70717 | 70717 | 10,000.000 YARDS 10,000.000 YARDS | | 06/12/2004 07/05/2004 | RC RC 23 27 |

SPECIAL INSTRUCTIONS

Send invoices to:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE,, FL 32225

*All invoices, packing lists, cartons and labels must show
ROKA's number and purchase order number
*packing lists must be included with all shipments.
*if goods do not meet ROKA specification and inspection,
Reserve the right to return such goods for full credit.
*Continuing guaranty under the flammable fabrics and textile
Fibre products I.D.'s must be made on all invoices.

If you cannot fulfill any of the above
NOTIFY US IMMEDIATELY

COPY 1 - Vendor Copy

Authorized Signature

P U R C H A S E   O R D E R

Date
06/09/2004

Order Number      Vend#      Buyer
R350520           0032       CDUR

PLEASE SEE REVERSE FOR REGULATION INF

ROKA APPAREL PRODUCTS LLC
VILLANUEVA, CORTES HONDURAS
CONTACT: SHION-FEN LEE
EMAIL: SFLEE@MANACO.COM
PHONE# 504-670-4051

Attn: ALISON LOPEZ

ALEXANDER
1718 MAPLE AVENUE
336-229-9139
BURLINGTON, NC  27215

TERMS:  60 DAYS (FROM INVOICE DATE)

D.D.P.

Ship Via:   FOB JACKSONVILLE, FL U.S.

Ship To:
RC -        HAMLET MANUFACTURING #2
            CUTTING DEPT (ROKA)
            ZOLI PARQUE INDUSTRIAL
            VILLANUEVA BUTIDING #17
            VILLANUEVA-C     HONDURAS

Bill To:    ROKA APPAREL PRODUCTS LLC
            SUITE 145
            9487 REGENCY SQUARE BLV N
            TEL: 904 725 0024
            JACKSONVILLE,, FL 32225

| L N # | Price | Fabric | Color | Mill Number | Mill Description Mill Color | P.O. Comments | Order Qty | Unit Meas. At ROKA Date | Due Date | wk | Ship To |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.70000 | 08101 MASKING FABRIC | ATW TRUE WHITE | | | | 20,000.000 YARDS | | 08/06/2004 | 34 | RC |

SPECIAL INSTRUCTIONS

Send Invoices to:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904.725 0024
JACKSONVILLE,, FL 32225

*All Invoices, packing lists, cartons and labels must show
 ROKA's number and purchase order number
*Packing lists must be included with all shipments.
*IF goods do not meet ROKA specification and inspection,
 Reserve the right to return such goods for full credit.
*Continuing guaranty under the flammable fabrics and textile
 Fibre products I.D.'s must be made on all Invoices.

If you cannot fulfill any of the above
NOTIFY US IMMEDIATELY

COPY 1 - Vendor Copy

_____
Authorized Signature

```
                                                      Date        Order Number   Vend#    Buyer
                                                      06/09/2004   R350521        0032     CDOR

                                                              PLEASE SEE REVERSE FOR REGULATION INF

ROKA APPAREL PRODUCTS LLC
VILLANUEVA, CORTES HONDURAS
CONTACT: SHION-FEN' LEE
EMAIL: SFLEE@WARNACO.COM
PHONE# 504-670-4051

ALEXANDER                              TERMS:  60 DAYS (FROM INVOICE DATE)
1718 MAPLE AVENUE
336-229-9139
BURLINGTON, NC 27215                   D.D.P.

Attn: ALISON LOPEZ                     Ship Via:   FOB JACKSONVILLE, FL U.S.
                                       Ship To:
                                       Rc -        HAMLET MANUFACTURING #2
                                                   CUTTING DEPT (ROKA)
                                                   2011 PARQUE INDUSTRIAL
                                                   VILLANUEVA BUILDING #17
                                                   VILLANUEVA-C    HONDURAS

                                       Bill To:    ROKA APPAREL PRODUCTS LLC      P.O. Comments
                                                   SUITE 145
                                                   9487 REGENCY SQUARE BLV N
                                                   TEL: 904 725 0024
                                                   JACKSONVILLE,, FL 32225
```

| L<br>N<br>#| Price | Fabric | Color | Mill Number | Mill Description<br>Mill Color | Order<br>Qty | Unit<br>Meas. | Due<br>Date At ROKA | Ship<br>To |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2.12000 | 08101<br>MASKING FABRIC | AUB<br>RICH BLACK | | | 14,400.000 YARDS | | 08/20/2004 | 34  RC |

```
SPECIAL INSTRUCTIONS                   Send Invoices to:            *All invoices, packing lists, cartons and labels must show
                                       ROKA APPAREL PRODUCTS LLC      ROKA's number and purchase order number
                                       SUITE 145                    *Packing lists must be included with all shipments.
                                       9487 REGENCY SQUARE BLV N    *If goods do not meet ROKA specification and inspection,
                                       TEL: 904 725 0024             Reserve the right to return such goods for full credit.
                                       JACKSONVILLE,, FL 32225      *Continuing guaranty under the flammable fabrics and textile
                                                                     Fibre products I.D.'s must be made on all invoices.
```

If you cannot fulfill any of the above
NOTIFY US IMMEDIATELY

COPY 1 - Vendor Copy                                              Authorized Signature

KUM :                          FHX NU. :                          Jul. 13 2007 12:35PM P4

ROKA APPAREL PRODUCTS LLC
VILLANUEVA, CORTES HONDURAS
CONTACT: SHION-FEN LEE
EMAIL: SFLEE@WARNACO.COM
PHONE# 504-610-4051

Attn: ALISON LOPEZ

ALEXANDER
1718 MAPLE AVENUE
336-229-6139
BURLINGTON, NC  27215

| | Date 06/09/2004 | Order Number R350521 | Vend# 0032 | Buyer CDUR |
|---|---|---|---|---|

PLEASE SEE REVERSE FOR REGULATION INF

TERMS:  60 DAYS (FROM INVOICE DATE)

D.D.P.

Ship Via:   FOB JACKSONVILLE, FL U.S.
Ship To:    HANLEY MANUFACTURING
RC -        CUTTING DEPT (ROKA)
            2OLI PARQUE INDUSTRIAL
            VILLANUEVA BUILDING #17
            VILLANUEVA-C    HONDURAS

Bill To:    ROKA APPAREL PRODUCTS LLC
            SUITE 145
            9487 REGENCY SQUARE BLV N
            TEL: 904 725 0024
            JACKSONVILLE,, FL 32225

P.O. Comments

| L I N E # | Price | Fabric | Color | Mill Number | Mill Description Mill Color | Order Qty | Unit Meas. | Due At ROKA Date | Ship To |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2.12000 | 08101 MASKING FABRIC | AUB RICH BLACK | 70717 | 70717 | 7,200.000 YARDS 7,200.000 YARDS | | 06/12/2004 07/05/2004 | 23 RC 27 RC |

wk
RC
RC

SPECIAL INSTRUCTIONS

Send Invoices to:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE,, FL 32225

*All invoices, packing lists, cartons and labels must show
 ROKA's number and purchase order number
*Packing lists must be included with all shipments.
*If goods do not meet ROKA specification and inspection,
 Reserve the right to return such goods for full credit.
*Continuing guaranty under the flammable fabrics and textile
 Fibre products I.D.'s must be made on all invoices.

If you cannot fulfill any of the above
NOTIFY US IMMEDIATELY

COPY 1 - Vendor Copy

Authorized Signature

| Date | Order Number | Vend# | Buyer |
|------|-------------|-------|-------|
| 06/10/2004 | R350687 | 0032 | CDUR |

PLEASE SEE REVERSE FOR REGULATION INF

ROKA APPAREL PROD LLC
VILLANUEVA, CONSONDURAS
CONTACT: SHION-LEE
EMAIL: SFEEDWAD.COM
PHONE# 504-670--

ALEXANDER AVENUU
1718 MAPLE
336-229-9139
BURLINGTON, NC 5

Attn: ALISON LOE!

TERMS: 60 DAYS (FROM INVOICE DATE)

D.D.P.
Ship Via:  FOB JACKSONVILLE, FL U.S.
Ship To:
Rc -
HAMLET MANUFACTURING #2
CUTTING DEPT (ROKA)
ZOLI PARQUE INDUSTRIAL
VILLANUEVA BUILDING #17
VILLANUEVA-C    HONDURAS

Bill To:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE,, FL 32225

P.O. Comments

| L N # | Price | bric | Color | Mill Number | Mill Description Mill Color | Order Qty | Unit Meas. | Due Date At ROKA | wk | Ship To |
|-------|-------|------|-------|-------------|------------------------------|-----------|-----------|------------------|----|---------|
| 1 | 1.70000 | 101 SKING FABRIC | A7W TRUE WHITE | | | 600.000 | YARDS | 07/19/2004 | 30 | RC |

SPECIAL INSTRUCT

Send Invoices to:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE,, FL 32225

*All invoices, packing lists, cartons and labels must show ROKA's number and purchase order number
*Packing lists must be included with all shipments.
*If goods do not meet ROKA specification and inspection, Reserve the right to return such goods for full credit.
*Continuing guaranty under the flammable fabrics and textile Fibre products I.D.'s must be made on all invoices.

If you cannot fill any of the above
NOTIFY US IMMEDIY

COPY : - Vendor Copy

Authorized Signature

PURCHASE ORDER

| | | | Date 06/10/2004 | | | Order Number R350688 | Vend# 0032 | Buyer CDIR |

PLEASE SEE REVERSE FOR REGULATION INF

ROKA APPAREL PRODUCTS LLC
VILLANUEVA, CORTES HONDURAS
CONTACT: SHIOW-FEN LEE
EMAIL: SFLEE@WARNACO.COM
PHONE# 504-670-4051

Attn: ALLISON LOPEZ

ALEXANDER
1718 MAPLE AVENUE
336-229-9139
BURLINGTON, NC 27215

TERMS:  60 DAYS (FROM INVOICE DATE)

D.D.P.

Ship Via: FOB JACKSONVILLE, FL U.S.

Ship To:
RC -

HAMLET MANUFACTURING #2
CUTTING DEPT (ROKA)
ZOLI PARQUE INDUSTRIAL
VILLANUEVA BUILDING #17
VILLANUEVA-C   HONDURAS

Bill To:

ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE,, FL 32225

P.O. Comments

| L I N E # | Price | Fabric | Color | Mill Number | Mill Description Mill Color | Order Qty | Unit Meas. | Due At ROKA Date | Ship To w/k |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2.12000 | 08101 MASKING FABRIC | AUB RICH BLACK | | | 600.000 | YARDS | 07/19/2004 | 36 RC |

SPECIAL INSTRUCTIONS

Send Invoices to:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE,, FL 32225

*All invoices, packing lists, cartons and labels must show
ROKA's number and purchase order number
*Packing lists must be included with all shipments.
*If goods do not meet ROKA specification and inspection,
Reserve the right to return such goods for full credit.
*Continuing guaranty under the flammable fabrics and textile
fibre products I.D.'s must be made on all invoices.

If you cannot fulfill any of the above
NOTIFY US IMMEDIATELY

COPY 1 - Vendor Copy

_____
Authorized Signature

ROKA APPAREL PRODUCTS LLC
VILLANUEVA, CORTES HONDURAS
CONTACT: SILICON-TEN
EMAIL: SETEE@ARANACO.COM
PHONE#    504-570-4051

PURCHASE ORDER

Date    06/30/2004

Order Number    Vend#    Buyer
R352197    0032    JFER

PLEASE SEE REVERSE FOR REGULATION INF

ALEXANDER
1718 MAPLE AVENUE
336-229-9139
BURLINGTON, NC    27215

Attn: ALISON LOPEZ

TERMS:    60 DAYS (FROM INVOICE DATE)

D.D.P.

Bill To:    ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE,, FL 32225

Ship Via:    FOB JACKSONVILLE, FL U.S.

Ship To:    HAMLET MANUFACTURING #2
RC-    CUTTING DEPT (ROKA)
ZOLI PARQUE INDUSTRIAL
VILLANUEVA BUILDING #17
VILLANUEVA-C    HONDURAS

P.O. Comments

| L N # | Price | Fabric | Color | Mill Number | Mill Description Mill Color | Order Qty | Unit Meas. | Due Date At ROKA | Ship To |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.70000 | 08101 MASKING FABRIC | GCQ POWDER PINK | | | 60.000 YARDS | | 08/13/2004 | WK 33 RC |

SPECIAL INSTRUCTIONS

Send Invoices to:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE,, FL 32225

*All invoices, packing lists, cartons and labels must show
ROKA's number and purchase order number
*Packing lists must be included with all shipments.
*if goods do not meet ROKA specification and inspection,
Reserve the right to return such goods for full credit.
*Continuing guaranty under the flammable fabrics and textile
Fibre products I.D.'s must be made on all invoices.

If you cannot fulfill any of the above
NOTIFY US IMMEDIATELY

COPY 1 - Vendor Copy

Authorized Signature

ROKA APPAREL PRODUCTS LLC
VILLANUEVA, CORTES HONDURAS
CONTACT: SHIOW-FEN LEE
EMAIL: SFLEE@WARNACO.COM
PHONE#  504-670-4051

| | | Date 06/30/2004 | Order Number R352168 | Vend# 0032 | Buyer CDUR |

PLEASE SEE REVERSE FOR REGULATION INF

Attn: ALISON LOPEZ

ALEXANDER
1718 MAPLE AVENUE
336-229-9139
BURLINGTON, NC  27215

TERMS:  60 DAYS (FROM INVOICE DATE)

D.D.P.

Ship Via:        FOB JACKSONVILLE, FL U.S.
Ship To:
   RC -           HAMLET MANUFACTURING #2
                  CUTTING DEPT (ROKA)
                  ZONE PARQUE INDUSTRIAL
                  VILLANUEVA BUILDING #17
                  VILLANUEVA-C      HONDURAS

Bill To:   ROKA APPAREL PRODUCTS LLC
           SUITE 145
           9487 REGENCY SQUARE BLV N
           TEL: 904 725 0024
           JACKSONVILLE,, FL 32225

P.O. Comments

| L<br>I<br>N<br>E<br># | Price | Fabric | Color | Mill Number | Mill Description<br>Mill Color | Order<br>Qty | Unit<br>Meas. | Due<br>At ROKA<br>Date | Ship<br>To |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.70000 | 08101<br>MASKING FABRIC | ATW<br>TRUE WHITE | | | 14,318.000 YARDS | | 08/15/2004 | 34 | RC |
| | | | | | | | | wk | |

SPECIAL INSTRUCTIONS

Send Invoices to:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE,, FL 32225

*All invoices, packing lists, cartons and labels must show
 ROKA's number and purchase order number
*Packing lists must be included with all shipments.
*If goods do not meet ROKA specification and inspection,
 Reserve the right to return such goods for full credit.
*Continuing guaranty under the flammable fabrics and textile
 fibre products I.D.'s must be made on all invoices.

If you cannot fulfill any of the above
NOTIFY US IMMEDIATELY

COPY 1 - Vendor Copy

Authorized Signature

ROKA APPAREL PRODUCTS LLC
VILLANUEVA, CORTES HONDURAS
CONTACT: SHIOW-FEN LEE
EMAIL: SFLEE@WARACO.COM
PHONE# 504-670-4051

| Order Number | Vend# | Buyer |
|---|---|---|
| R352286 | 0032 | JFER |

Date 07/02/2004

PLEASE SEE REVERSE FOR REGULATION INF

ALEXANDER
1718 MAPLE AVENUE
336-229-9139
BURLINGTON, NC 27215

Attn: ALISON LOPEZ

TERMS:    60 DAYS (FROM INVOICE DATE)

D.D.P.

ship Via:    FOB JACKSONVILLE, FL U.S.

ship To:    HAMLET MANUFACTURING #2
RC -    CUTTING DEPT (ROKA)
        20011 PARQUE INDUSTRIAL
        VILLANUEVA BUILDING #17
        VILLANUEVA-C    HONDURAS

Bill To:    ROKA APPAREL PRODUCTS LLC
        SUITE 145
        9487 REGENCY SQUARE BLV N
        TEL: 904 725 0024
        JACKSONVILLE, FL 32225

P.O. Comments

| L N # | Price | Fabric | Color | Mill Number | Mill Description Mill Color | Order Qty | Unit Meas. | At ROKA Due Date | Ship To | wk |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.90000 | 08101 MASKING FABRIC | WWJ WARM TAUPE | | | 600.000 YARDS | | 08/09/2004 | RC | 33 |

SPECIAL INSTRUCTIONS

Send Invoices to:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE, FL 32225

*All invoices, packing lists, cartons and labels must show
ROKA's number and purchase order number
*Packing lists must be included with all shipments.
*If goods do not meet ROKA specification and inspection,
Reserve the right to return such goods for full credit.
*Continuing guaranty under the flammable fabrics and textile
fibre products I.D.'s must be made on all invoices.

If you cannot fulfill any of the above
NOTIFY US IMMEDIATELY

COPY 1 - Vendor Copy

Authorized Signature

Date 07/07/2004
Order Number R352375
Vend# 0032
Buyer JFER

PLEASE SEE REVERSE FOR REGULATION INF

ROKA APPAREL PRODUCTS LLC
VILLANUEVA, CORTES HONDURAS
CONTACT: SHION-FEN LEE
EMAIL: SFLEE@WARNACO.COM
PHONE# 504-670-4051

ALEXANDER
1778 MAPLE AVENUE
336-229-9139
BURLINGTON, NC 27215

Attn: ALISON LOPEZ

TERMS: 60 DAYS (FROM INVOICE DATE)

D.D.P.

ship Via:
Ship To:
Rc:-

FOB JACKSONVILLE, FL U.S.

HAMLET MANUFACTURING #2
ROKA
CUTTING DEPT
ZOLI PARQUE INDUSTRIAL
VILLANUEVA BUILDING #17
VILLANUEVA-C    HONDURAS

Bill To:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE,, FL 32225

P.O. Comments

| L N # | Price | Fabric | Color | Mill Number | Mill Description Mill Color | Order Qty | Unit Meas. | At ROKA Due Date | Ship To wk RC |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.90000 | 08101 MASKING FABRIC | X16 INFINITY | | | 950.000 YARDS | | 08/16/2004 | 34 RC |

SPECIAL INSTRUCTIONS

Send Invoices to:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE,, FL 32225

*All invoices, packing lists, cartons and labels must show ROKA's number and purchase order number
*Packing lists must be included with all shipments.
*If goods do not meet ROKA specification and inspection, Reserve the right to return such goods for full credit.
*Continuing guaranty under the flammable fabrics and textile fibre products I.D.'s must be made on all invoices.

If you cannot fulfill any of the above NOTIFY US IMMEDIATELY

COPY 1 - Vendor Copy

Authorized Signature

ROKA APPAREL PRODUCTS LLC
VILLANUEVA, CORTES HONDURAS
CONTACT: SHION-FEN LEE
EMAIL: SFLEE@WARNACO.COM
PHONE#                504-670-4051

Attn: ALISON LOPEZ

| | | | | Date 07/07/2004 | Order Number R352374 | Vend# 0032 | Buyer JFER |

PLEASE SEE REVERSE FOR REGULATION INF

ALEXANDER
1718 MAPLE AVENUE
336-229-9139
BURLINGTON, NC  27215

TERMS:  60 DAYS (FROM INVOICE DATE)

D.D.P.

Ship Via:    FOB JACKSONVILLE, FL U.S.

Ship To:     HAMLET MANUFACTURING #2
RC -         CUTTING DEPT (ROKA)
             ZOLI PARQUE INDUSTRIAL
             VILLANUEVA BUILDING #17
             VILLANUEVA-C    HONDURAS

Bill To:     ROKA APPAREL PRODUCTS LLC
             SUITE 145
             9487 REGENCY SQUARE BLV N
             TEL: 904 725 0024
             JACKSONVILLE,, FL 32225

| L N # | Price | Fabric | Color | Mill Number | Mill Description Mill Color | P.O. Comments | Order Qty | Unit Meas. | Due At ROKA Date | Ship To wk RC |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.90000 | 08101 MASKING FABRIC | WNJ WARM TAUPE | | | | 600.000 | YARDS | 08/16/2004 | 34 |

SPECIAL INSTRUCTIONS

Send invoices to:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
JACKSONVILLE,, FL 32225
TEL: 904 725 0024

*All invoices, packing lists, cartons and labels must show
 ROKA's number and purchase order number
*Packing lists must be included with all shipments.
*If goods do not meet ROKA specification and inspection,
 Reserve the right to return such goods for full credit.
*Continuing guaranty under the flammable fabrics and textile
 Fibre products I.D.'s must be made on all invoices.

If you cannot fulfill any of the above
NOTIFY US IMMEDIATELY

COPY 1 - Vendor Copy

Authorized Signature

FROM :                                    FAX NO. :                              Jul. 13 2007 12:34PM  P1

PURCHASE ORDER

| Date | Order Number | Vend# | Buyer |
|---|---|---|---|
| 07/07/2004 | R352372 | 0032 | JFEBR |

PLEASE SEE REVERSE FOR REGULATION INF

ROKA APPAREL PRODUCTS LLC
VILLANUEVA, CORTES HONDURAS
CONTACT: SHIOW-FEN LEE
EMAIL: SFLEE@ROKACO.COM
PHONE#: 504-670-0051

ALEXANDER
1118 MAPLE AVENUE
336-222-9139
BURLINGTON, NC 27215

Attn: ALISON LOPEZ

TERMS:  60 DAYS (FROM INVOICE DATE)

D.D.P.

Ship Via:    FOB JACKSONVILLE, FL U.S.
ship To:     HEMLET MANUFACTURING #2
RC -         CUTTING DEPT (ROKA)
             ZONI PARQUE INDUSTRIAL
             VILLANUEVA BUILDING #17
             VILLANUEVA-C       HONDURAS

Bill To:     ROKA APPAREL PRODUCTS LLC
             SUITE 145
             9487 REGENCY SQUARE BLV N
             TEL: 904 725 0024
             JACKSONVILLE,  FL 32225

P.O. Comments

| L N # | Price | Fabric | Color | Mill Number | Mill Description Mill Color | Order Qty | Unit Meas. | Due Date At ROKA | Ship To |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.70000 | 08101 MASKING FABRIC | AIV IVORY | | | 400.000 YARDS | | 08/16/2004  wk 34 | RC |

SPECIAL INSTRUCTIONS

Send Invoices to:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE,  FL 32225

*All invoices, packing lists, cartons and labels must show
ROKA's number and purchase order number
*Packing lists must be included with all shipments.
*If goods do not meet ROKA specification and inspection,
Reserve the right to return such goods for full credit.
*Continuing guaranty under the flammable fabrics and textile
fibre products I.D.'s must be made on all invoices.

If you cannot fulfill any of the above
NOTIFY US IMMEDIATELY

COPY 1 - Vendor Copy

Authorized Signature

| Date | Order Number | Vend# | Buyer |
|---|---|---|---|
| 07/07/2004 | R362372 | 0032 | CDUR |

**PLEASE SEE REVERSE FOR REGULATION INF**

ROKA APPAREL PRODUCTS LLC
VILLANUEVA, CORTES HONDURAS
CONTACT: SHION-FEN LEE
EMAIL: SFLEE@WENRACO.COM
PHONE# 504-670-4051

ALEXANDER
1718 MAPLE AVENUE
336-229-9139
BURLINGTON, NC 27215

Attn: ALISON LOPEZ

**TERMS: 60 DAYS (FROM INVOICE DATE)**

D.D.P.
Ship Via:
Ship To: FOB JACKSONVILLE, FL U.S.
RC -

Ship To:
HANLEY MANUFACTURING #2
CUTTING DEPT (ROKA)
ZOLI PARQUE INDUSTRIAL
VILLANUEVA BUILDING #17
VILLANUEVA-C    HONDURAS

Bill To:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE, FL 32225

P.O. Comments

| L/N # | Price | Fabric | Color | Mill Number | Mill Description Mill Color | Order Qty | Unit Mess. At | Due Date | Ship To |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.7000 | 06101 MASKING FABRIC | AIV IVORY | 70717 | 70717 | 400.000 YARDS | ROKA | 08/16/2004 | 3: wk RC |

SPECIAL INSTRUCTIONS

Send invoices to:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE, FL 32225

*All invoices, packing lists, cartons and labels must show ROKA's number and purchase order number
*Packing lists must be included with all shipments.
*If goods do not meet ROKA specification and inspection, Reserve the right to return such goods for full credit,
*Continuing guaranty under the flammable fabrics and textile fibre products I.D.'s must be made on all invoices.

If you cannot fulfill any of the above
NOTIFY US IMMEDIATELY

COPY 1 - Vendor Copy

Authorized Signature

ROKA APPAREL PRODUCTS LLC
VILLANUEVA, CORTES HONDURAS
CONTACT: SHIOW-FEN LEE
EMAIL: SFLEE@WARNACO.COM
PHONE# 504-670-4051

Attn: ALISON LOPEZ

ALEXANDER
1718 MAPLE AVENUE
336-229-9139
BURLINGTON, NC 27215

| | | | Date 08/23/2004 | Order Number R354045 | Vend# 0032 | Buyer CDUR |
|---|---|---|---|---|---|---|

PLEASE SEE REVERSE FOR REGULATION INF

TERMS:  60 DAYS (FROM INVOICE DATE)

Ship Via:   FOB JACKSONVILLE, FL U.S.
Rc -

D.D.P.

Ship To:
HAMLET MANUFACTURING #2
CUTTING DEPT [ROKA]
2CG1 PARQUE INDUSTRIAL
VILLANUEVA BUILDING #17
VILLANUEVA-C      HONDURAS

Bill To:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE,, FL 32225

| L I N E # | Price | Fabric | Color | Mill Number | Mill Description Mill Color | P.O. Comments | Order Qty | Unit Meas. | Date At ROKA | Ship To |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.70000 | 08101 MASKING FABRIC | ATW TRUE WHITE | | | | 6,231.000 YARDS | | 08/24/2004 | 35   RC |

SPECIAL INSTRUCTIONS

Send Invoices to:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE,, FL 32225

*All invoices, packing lists, cartons and labels must show
 ROKA's number and purchase order number
*Packing lists must be included with all shipments.
*If goods do not meet ROKA specification and inspection,
 Reserve the right to return such goods for full credit.
*Continuing guaranty under the flammable fabrics and textile
 Fibre products I.D.'s must be made on all invoices.

If you cannot fulfill any of the above
NOTIFY US IMMEDIATELY

COPY 1 - Vendor Copy

_____
Authorized Signature

ROM :                          FAX NO. :                          Jul. 13 2007 12:37PM  P7

ROKA APPAREL PRODUCTS LLC
VILLANUEVA, CORTES HONDURAS
CONTACT: SHLOW-FEN LEE
EMAIL: SFLEE@ARRACO.COM
PHONE#  504-670-4051

| | | | Date 08/23/2004 | Order Number R354030 | Vend# 0C52 | Buyer CDUR |

PLEASE SEE REVERSE FOR REGULATION INF

ALEXANDER
1718 MAPLE AVENUE
336-229-9199
BURLINGTON, NC  27215

Attn: ALISON LOPEZ

TERMS:  60 DAYS (FROM INVOICE DATE)

D.D.P.
Ship Via:  FOB JACKSONVILLE, FL U.S.
Ship To:
RC -      HANLEY MANUFACTURING #2
          CUTTING DEPT (ROKA)
          2COLI PRIQUE INDUSTRIAL
          VILLANUEVA BUILDING #17
          VILLANUEVA-C  HONDURAS

Bill To:  ROKA APPAREL PRODUCTS LLC
          SUITE 145
          9487 REGENCY SQUARE BLV N
          TEL: 904 725 0024
          JACKSONVILLE, FL 32225

P.O. Comments

| L N # | Price | Fabric | Color | Mill Number | Mill Description Mill Color | Order Qty | Unit Meas. | Date At ROKA | Ship To |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.70000 | 08101 MASKING FABRIC | ATH TRUE WHITE | | | 6,318.000 YARDS | | 08/24/2004 Wk 35 | RC |

SPECIAL INSTRUCTIONS

Send Invoices to:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE, FL 32225

*All invoices, packing lists, cartons and labels must show
 ROKN's number and purchase order number
*Packing lists must be included with all shipments.
*If goods do not meet ROKA specification and inspection,
 Reserve the right to return such goods for full credit.
*continuing guaranty under the flammable fabrics and textile
 fibre products I.D.'s must be made on all invoices.

If you cannot fulfill any of the above
NOTIFY US IMMEDIATELY

COPY 1 - Vendor Copy

Authorized Signature

ROKA APPAREL PRODUCTS LLC
VILLANUEVA, CORTES HONDURAS
CONTACT: SHIOW-FEN LEE
EMAIL: SFLEE@WARNACO.COM
PHONE#: 501-670-4051

Attn: ALISON LOPEZ

ALEXANDER
1718 MAPLE AVENUE
336-229-9139
BURLINGTON, NC  27215

Date        08/23/2004
Order Number    R354045
Vend#    0032
Buyer    CDUR

PLEASE SEE REVERSE FOR REGULATION INF

TERMS:  60 DAYS (FROM INVOICE DATE)

D.D.P.
Ship Via:  FOB JACKSONVILLE, FL U.S.
Ship To:   HAMLET MANUFACTURING #2
RC -       CUTTING DEPT (ROXA)
           ZOLI PARQUE INDUSTRIAL
           VILLANUEVA BUILDING #17
           VILLANUEVA-C        HONDURAS

Bill To:   ROKA APPAREL PRODUCTS LLC
           SUITE 145
           9487 REGENCY SQUARE BLV N
           TEL: 904 725 0024
           JACKSONVILLE., FL 32225

P.O. Comments

| L# | Price | Fabric | Color | Mill Number | Mill Description | Mill Color | Order Qty | Unit Meas. | Due Date At ROXA | Ship To | wk |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.70000 | 08101 MASKING FABRIC | AVW TRUE WHITE | | | | 6,231.000 YARDS | | 08/24/2004 | 35 | RC |

SPECIAL INSTRUCTIONS

Send Invoices to:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE., FL 32225

*All invoices, packing lists, cartons and labels must show ROKA's number and purchase order number
*Packing lists must be included with all shipments.
*If goods do not meet ROKA specification and inspection, Reserve the right to return such goods for full credit.
*Continuing guaranty under the flammable fabrics and textile fibre products I.D.'s must be made on all invoices.

If you cannot fulfill any of the above
NOTIFY US IMMEDIATELY

COPY 1 - Vendor Copy

Authorized Signature

ROM :                          FAX NO. :          Jul. 13 2007 12:35PM  P3

A APPAREL PRODUCTS LLC
LANDEVA, CORTES HONDURAS
FACT: SHICOM-EEN LEE
TL: SPIEG@MARACO.COM
NE# 504-670-4151

XANDER
8 MAPLE AVENUE
T-229-9139
LINGTON, NC  27215

n: ALISON LOPEZ

TERMS:   60 DAYS (FROM INVOICE DATE)

D.D.P.

Ship Via:
Ship To:
RC -

FOB JACKSONVILLE, FL U.S.

HAMLET MANUFACTURING #2
CUTTING DEPT (ROKA)
20II PARQUE INDUSTRIAL
VILLANUEVA BUILDING #17
VILLANUEVA-C
HONDURAS

Bill To:

ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE, FL 32225

P.O. Comments

| Date 08/23/2004 | Order Number R354030 | Vend# 0032 | Buyer CDUR |
| --- | --- | --- | --- |
| | PLEASE SEE REVERSE FOR REGULATION INF | | |

| L N # | Price | Fabric | Color | Mill Number Mill Description Mill Color | Order Qty Unit Meas. | Due Date At ROKA | Ship To wk RC |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 1.70000 | 08101 MASKING FABRIC | ATW TRU3 WHITE | | 6,318.000 YARDS | 08/24/2004 | 35 |

PECIAL INSTRUCTIONS

Send Invoices to:
ROKA APPAREL PRODUCTS LLC
ROKA's number and purchase order number
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904. 725 0024
JACKSONVILLE, FL 32225

*All invoices, packing lists, cartons and labels must show
ROKA's number and purchase order number
*Packing lists must be included with all shipments.
*If goods do not meet ROKA specification and inspection,
Reserve the right to return such goods for full credit.
*Continuing guaranty under the flammable fabrics and textile
fibre products I.D.'s must be made on all invoices.

= you cannot fulfill any of the above
OTIFY US IMMEDIATELY

COPY 1 - Vendor Copy

Authorized Signature

FROM :                  FAX NO. :              Jul. 13 2007 12:38PM P9

ROKA APPAREL PRODUCTS LLC
VILLANUEVA, CORTES HONDURAS
CONTACT: SILCOW-FEN LEE
EMAIL: SFLEE@WARNCO.COM
PHONE#  504-670-4051

| | | Date 09/02/2004 | Order Number R354000 | Vend# 0032 | Buyer CDDR |
|---|---|---|---|---|---|

PLEASE SEE REVERSE FOR REGULATION INF

Attn: ALISON LOPEZ

TERMS: 60 DAYS (FROM INVOICE DATE)

D.D.P.

Ship Via: FOB JACKSONVILLE, FL U.S.

ship To: HAMLET MANUFACTURING #2
RC - CUTTING DEPT (ROKA)
2051 PARQUE INDUSTRIAL
VILLANUEVA, BUILDING #17
VILLANUEVA-C  HONDURAS

Bill To: ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE, FL 32225

P.O. Comments

| # | Price | Fabric | Color | Mill Number | Mill Description Mill Color | Order Qty | Unit Meas. At ROKA | Due Date | Ship To |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.70000 | .08101 MASKING FABRIC | ATW TRUE WHITE | | | 11,003.000 YARDS. | 09/03/2004 | 36 | RC |

SPECIAL INSTRUCTIONS

Send Invoices to:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BEV N
TEL: 904 725 0024
JACKSONVILLE., FL 32225

*All invoices, packing lists, cartons and labels must show
ROKA's number and purchase order number
*Packing lists must be included with all shipments.
*If goods do not meet ROKA specification and inspection,
Reserve the right to return such goods for full credit.
*Continuing guaranty under the flammable fabrics and textile
Fibre products I.D.'s must be made on all invoices.

If you cannot fulfill any of the above
NOTIFY US IMMEDIATELY

COPY 1 - Vendor Copy

_____
Authorized Signature

Purchase Order

| | | Date 09/02/2004 | Order Number R354401 | Vend# 0032 | Buyer CDUR |

PLEASE SEE REVERSE FOR REGULATION INF

ROKA APPAREL PRODUCTS LLC
VILLANUEVA, CORTES HONDURAS
CONTACT: SHLOW-FEEN LEE
EMAIL: SFLEE@WARNACO.COM
PHONE#: 504-670-4051

Attn: ALISON LOPEZ

ALEXANDER
1718 MAPLE AVENUE
336-229-9139
BURLINGTON, NC  27215

TERMS:  60 DAYS (FROM INVOICE DATE)

D.D.P.

ship Via:  FOB JACKSONVILLE, FL U.S.

ship To:  HAMLET MANUFACTURING (ROKA)
RC -     CUTTING DEPT
         ZOLI PARQUE INDUSTRIAL
         VILLANUEVA BUILDING #17
         VILLANUEVA-C   HONDURAS

Bill To:  ROKA APPAREL PRODUCTS LLC
          SUITE 145
          9487 REGENCY SQUARE BLV N
          TEL: 904 725 0024
          JACKSONVILLE,, FL 32225

P.O. Comments

| L N # | Price | Fabric | Color | Mill Number | Mill Description Mill Color | Order Qty | Unit Meas. | Due Date At ROKA | Ship To |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2.12000 | 08101 MASKING FABRIC | AUB RICH BLACK | | | 2,581.000 YARDS | 09/04/2004 | WX 36 | RC |

SPECIAL INSTRUCTIONS

Send Invoices to:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE, FL 32225

*All invoices, packing lists, cartons and labels must show
ROKA's number and purchase order number
*Packing lists must be included with all shipments.
*If goods do not meet ROKA specification and inspection,
Reserve the right to return such goods for full credit.
*Continuing guaranty under the flammable fabrics and textile
fibre products I.D.'s must be made on all invoices.

If you cannot fulfill any of the above
NOTIFY US IMMEDIATELY

COPY 1 - Vendor Copy

_____
Authorized Signature

FROM :                           FAX NO. :                    Jul. 15 2007 12:30PM P18

ROKA APPAREL PRODUCTS LLC
VILLANUEVA, CORTES HONDURAS
CONTACT: SHICOM-FEN LEE
EMAIL: SFLEE@WARNACO.COM
PHONE#: 504-670-4051

| | | | | | | Date | Order Number | Vend# | Buyer |
| | | | | | | 10/05/2004 | R355632 | 0032 | EPEN |
| | | | | | | | PLEASE SEE REVERSE FOR REGISTRATION INF |

Attn: ALISON LOPEZ

ALEXANDER
1718 MAPLE AVENUE
336-229-9139
BURLINGTON, NC 27215

TERMS:  60 DAYS (FROM INVOICE DATE)

D.D.P.

Ship Via:  FOB JACKSONVILLE, FL U.S.
Ship To:
  RC : 0

HAMLET MANUFACTURING #2
CUTTING DEPT (ROKA)
ZOLI PARQUE INDUSTRIAL
VILLANUEVA BUILDING #11
VILLANUEVA-C    HONDURAS

Bill To:  ROKA APPAREL PRODUCTS LLC
          SUITE 145
          9487 REGENCY SQUARE BLV N
          TEL: 904 725 0024
          JACKSONVILLE,, FL 32225

P.O. Comments

| L N # | Price | Fabric | Color | Mill Number | Mill Description Mill Color | Order Qty | Unit Meas. | At ROKA Due Date | wk | Ship To |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.70000 | 08101 MASKING FABRIC | XP3 PASSION PURPLE | | | 100.000 YARDS | | 10/18/2004 | 43 | RC |

SPECIAL INSTRUCTIONS

Send Invoices to:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE,, FL 32225

*All invoices, packing lists, cartons and labels must show
ROKA's number and purchase order number
*Packing lists must be included with all shipments.
*If goods do not meet ROKA specification and inspection,
Reserve the right to return such goods for full credit.
*Continuing guaranty under the flammable fabrics and textile
fibre products I.D.'s must be made on all invoices.

If you cannot fulfill any of the above
NOTIFY US IMMEDIATELY

COPY 1 - Vendor Copy

Authorized Signature

PURCHASE ORDER

ROKA APPAREL PRODUCTS LLC
VILLANUEVA, CORTES HONDURAS
CONTACT: SHIOW-FEN LEE
EMAIL: SFLEE@WARNACO.COM
PHONE# 504-670-4051

| | | |
|---|---|---|
| Date | Order Number | Vend# 0032 |
| 10/06/2004 | R335632 | Buyer EPEN |

PLEASE SEE REVERSE FOR REGULATION INF

ALEXANDER
1718 MAPLE AVENUE
336-229-9139
BURLINGTON, NC  27215

Attn: ALISON LOPEZ

TERMS:  60 DAYS (FROM INVOICE DATE)

D.D.P.

Ship Via:   FOB JACKSONVILLE, FL U.S.

Ship To:
RC :
HAMLET MANUFACTURING #2
CUTTING DEPT (ROKA)
ZOLI PARQUE INDUSTRIAL
VILLANUEVA BUILDING #17
VILLANUEVA-C   HONDURAS

Bill To:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE,, FL 32225

P.O. Comments

| L I N # | Price | Fabric | Color | Mill Number. | Mill Description Mill Color | Order Qty | Unit Meas. At ROKA Due Date | Ship To |
|---|---|---|---|---|---|---|---|---|
| 1 | 1.90000 | 08101 MASKING FABRIC | WWT WARM TAUPE | | | 900.000 | YARDS  11/05/2004 | 45  RC |

SPECIAL INSTRUCTIONS

Send Invoices to:
ROKA APPAREL PRODUCTS LLC
SUITE 145
9487 REGENCY SQUARE BLV N
TEL: 904 725 0024
JACKSONVILLE,, FL 32225

*All invoices, packing lists, cartons and labels must show
ROKA's number and purchase order number
*Packing lists must be included with all shipments.
*If goods do not meet ROKA specification and inspection,
Reserve the right to return such goods for full credit.
*Continuing guaranty under the flammable fabrics and textile
Fibre products I.D.'s must be made on all invoices.

If you cannot fulfill any of the above
NOTIFY US IMMEDIATELY

COPY 1 - Vendor Copy

Authorized Signature

# EXHIBIT B

# Alexander Fabrics

POST OFFICE BOX 147
BURLINGTON, NORTH CAROLINA 27216-0147
TELEPHONE: 336/229-9139
FACSIMILE.: 336/228-3332

PROOF

## INVOICE

INVOICE NUMBER:  0018970

INVOICE DATE:  8/05/2004

PAGE:  1

SOLD TO: ROKA APPAREL PRODUCTS, LLC
5157 SELECT SQUARE BLVD. N
JACKSONVILLE, FL 322250000

SHIP TO: ROKA APPAREL PRODUCTS
C/O CROWLEY LOGISTICS, INC.
4222 JAMES E. CASEY DR.
JACKSONVILLE, FL 32219

BOL        0024599
TERMS      NET 60
SHIP VIA   WATKINS TRUCK
SHIP DATE  8/05/2004

PO NUMBER   R350520
PO DATE      6/21/2004
CONTRACT #  0007068-000
SALESMAN    DAVID BLOOM

| | | | | | |
|---|---|---|---|---|---|
| 70717 0    716¢ | 0018116000002 | 2 | YD 3400.0 | 1.700 | 5780. |
| 0810LRTW TRUE WHITE POLY 70717 | | | SY 5666.7 | | |
| ATW TRUE WHITE POLY | | | LB 1654.8 | | |
| SHADE: 10 | | | | | |
| | SUBTOTAL | | 3400.0 | | 5780 |
| | TOTAL | | 3400.0 | | 5780 |

Send Remittance To:
ALEXANDER FABRICS
P.O. BOX 751597.
CHARLOTTE, NC  28275

Continuing Guaranty Under the Flammable Fabrics Act and Textile Fiber Products Identification filed with the Federal Trade Commissio

# EXHIBIT C

# Alexander Fabrics

DATE
7/23/2004

ROL.NO.
0024336

P.O. NO.
R350520

CARRIER.  WATKINS TRUCK

ROKA APPAREL PRODUCTS
9485 REGENCY SQUARE BLVD N
JACKSONVILLE, FL 33225

ROKA APPAREL PRODUCTS
C/O CROWLEY LOGISTICS, INC.
JACKSONVILLE, FL 30019

| PRODUCT | | | CUSTOMER PRODUCT | | | |
|---|---|---|---|---|---|---|
| 70717 0 | 7164 | | 08101ATW TRUE WHITE POLY 70717 | | | |
| COLOR | | | CUSTOMER COLOR # | | | |
| ATW TRUE WHITE POLY | | | ATW | | | |
| BULK NUMBER | ROLL NO. | LOT # | LINEAR YARDS | GROSS WEIGHT | | NET WEIGHT |
| | 000398385 | 0018157000000 | 124.0 | 59.0 | | 57.4 |
| | 000398386 | 0018157000000 | 100.0 | 49.0 | | 47.4 |
| | 000398387 | 0018157000000 | 100.0 | 49.0 | | 47.4 |
| | 000398389 | 0018157000000 | 100.0 | 49.0 | | 47.4 |
| | 000398391 | 0018157000000 | 100.0 | 49.0 | | 47.4 |
| | 000398392 | 0018157000000 | 100.0 | 49.0 | | 47.4 |
| | 000398393 | 0018157000000 | 100.0 | 49.0 | | 47.4 |
| | 000398394 | 0018157000000 | 100.0 | 49.0 | | 47.4 |
| | 000398395 | 0018157000000 | 100.0 | 49.0 | | 47.4 |
| | 000398396 | 0018157000000 | 100.0 | 49.0 | | 47.4 |
| | 000398398 | 0018157000000 | 100.0 | 49.0 | | 47.4 |
| | 000398399 | 0018157000000 | 100.0 | 49.0 | | 47.4 |
| | 000398400 | 0018157000000 | 124.0 | 58.0 | | 56.4 |
| | 000398401 | 0018157000000 | 100.0 | 49.0 | | 47.4 |
| | 000398402 | 0018157000000 | 100.0 | 49.0 | | 47.4 |
| | 000398404 | 0018157000000 | 100.0 | 49.0 | | 47.4 |
| | 000398405 | 0018157000000 | 100.0 | 49.0 | | 47.4 |
| | 000398406 | 0018157000000 | 100.0 | 49.0 | | 47.4 |

| PRODUCT TOTALS: PKGS: | 18 | 3080.0 SQ YDS. | 1848.0 SQU YDS | 901.0 GR.WGT. | 872.2 NT WGT. |
|---|---|---|---|---|---|
| FINAL TOTALS: PKGS: | 18 | 3080.0 SQ YDS | 1848.0 LN YDS. | 901.0 GR.WGT. | 872.2 NT WGT. |

# EXHIBIT D

**ROKA APPAREL PRODUCTS, LLC.**
9467 REGENCY SQUARE BLVD, N., STE. 145
JACKSONVILLE, FL 32225

BRANCH BANKING AND TRUST COMPANY
JACKSONVILLE, FLORIDA

llc
2339

10/7/2004

PAY TO THE
ORDER OF    Alexander Fabrics                                          $ **44,943.18

Forty-Four Thousand Nine Hundred Forty-Three and 18/100******************************************** DOLLARS

Alexander Fabrics
P.O. Box 751597
Charlotte, NC 28275

Karen Stone

MEMO

⑈002339⑈ ⑆263191387⑈ 0145171563⑈        ⑈000044943 18⑈

---

**Roka Apparel Products LLC**
9467 Regency Square Blvd, N Suite 145
Jacksonville, FL 32225-8125
904-525-0824

BRANCH BANKING AND TRUST COMPANY
TALLAHASSEE, FL 32312

llc   2782

1/19/2005

PAY TO THE
ORDER OF    Alexander Fabrics                                          $ **31,221.26

Thirty-One Thousand Two Hundred Twenty-One and 26/100****************************************** DOLLARS

Alexander Fabrics
P.O. Box 751597
Charlotte, NC 28275

Karen Stone

MEMO

⑈002782⑈ ⑆263191387⑈ 0145171563⑈        ⑈000031221 26⑈



0600694204

3518017084

0700301997

3314374390