IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALEXANDER FABRICS LLLP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 07-174-GMS |
| v. | ) |
| | ) |
| ROKA APPAREL PRODUCTS, LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

WHEREAS, Plaintiff having a need for additional time to investigate and respond to the allegations raised in the Counterclaim filed on July 20, 2007;

WHEREAS, Plaintiff's counsel is in need of additional time to confer with a representative of the client who was traveling during the week of July 29, 2007; and

WHEREAS, Defendant having no objection;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Plaintiff shall move, answer or otherwise respond to the Counterclaim is extended to and including August 15, 2007

| /s/ Steven J. Fineman (#4025) | /s/ John C. Phillips, Jr. (#110) |
|---|---|
| Chad M. Shandler (#3796) | John C. Phillips, Jr. (#110) |
| shandler@rlf.com | jcp@pgslaw.com |
| Steven J. Fineman (#4025) | Phillips, Goldman & Spence, P.A. |
| fineman@rlf.com | 1200 North Broom Street |
| Richards Layton & Finger | Wilmington, DE 19806 |
| One Rodney Square | 302-655-4200 |
| P.O. Box 551 | Attorneys for Defendant Roka Apparel |
| Wilmington, DE 19899 | Products, LLC |
| 302-651-7700 | |
| Attorneys for Alexander Fabrics LLLP | |

RLF1-3157080-1

SO ORDERED this ____ day of _____, 2007

_____
United States District Judge

RLF1-3152080-1