# PHILLIPS, GOLDMAN & SPENCE, P. A.

### ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
STEPHEN W. SPENCE
ROBERT S. GOLDMAN
LISA C. McLAUGHLIN
JAMES P. HALL
JOSEPH J. FARNAN, III
BRIAN E. FARNAN
DAVID A. BILSON*
MELISSA E. CARGNINO

*PENNSYLVANIA BAR ONLY

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH, DE 19971
(302) 226-4200
(302) 226-1205 (F)

Wilmington Office

REPLY TO: _____

December 11, 2007

**VIA E-FILE**

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Wilmington, DE 19801

> **RE:   Alexander Fabrics LLP v. Roka Apparel Products LLC**
> **C.A. No. 07-174-GMS**

Dear Chief Judge Sleet:

This firm represents Roka Apparel Products LLC ("Roka"), who is the defendant in the above-referenced case.  We write to advise the Court that Roka and plaintiff, Alexander Fabrics LLP ("Alexander"), have reached a settlement in principle of this case. The parties intend to submit a stipulation of dismissal for the Court's approval as soon as the settlement is finalized in writing.

We are available at the Court's convenience should Your Honor have any questions.

Respectfully,

DAVID A. BILSON
(Del. Bar I.D. # 4986)

cc:    Steven J. Fineman, Esquire (via E-File)