IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALEXANDER FABRICS LLLP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 07-174-GMS |
| v. | ) |
| | ) |
| ROKA APPAREL PRODUCTS, LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

WHEREAS, the parties having stipulated and agreed to the entry of judgment in favor of Alexander Fabrics LLLP and against Roka Apparel Products, LLC in the amount of $50,000.00;

WHEREAS, the parties having further stipulated and agreed to the dismissal with prejudice of Roka Apparel Products, LLC's counterclaims against Alexander Fabrics LLLP;

IT IS HEREBY ORDERED this _____ day of _____, 2008 that Roka Apparel Products, LLC's counterclaims are dismissed with prejudice. The clerk shall enter judgment in favor of Alexander Fabrics LLLP and against Roka Apparel Products, LLC in the amount of $50,000.00.

| | |
|---|---|
| /s/ Steven J. Fineman #4025 | /s/ John C. Phillips, Jr. #110 |
| Chad M. Shandler (#3796) | John C. Phillips, Jr. (#110) |
| shandler@rlf.com | jcp@pgslaw.com |
| Steven J. Fineman (#4025) | Brian E. Farnan (#4089) |
| fineman@rlf.com | bef@pgslaw.com |
| Richards, Layton & Finger | Phillips, Goldman & Spence, P.A. |
| One Rodney Square | 1200 North Broom Street |
| P. O. Box 551 | Wilmington, DE 19806 |
| Wilmington, DE 19801 | 302-655-4200 |
| (302)651-7700 | Attorneys for Defendant Roka Apparel Products, LLC |
| Attorneys for Plaintiff Alexander Fabrics, LLLP | |
| Dated: February 28, 2008 | Dated: February 28, 2008 |

RLF1-3254807-1

2

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge