IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALEXANDER FABRICS, LLLP              :

    Plaintiff                                      :

v.                                                   : Civil Action No. 07-174 GMS

ROKA APPAREL PRODUCTS, LLC    :

    Defendant                                  :

## JUDGMENT IN A CIVIL CASE

WHEREAS, the parties having stipulated and agreed to the entry of judgment in favor of Alexander Fabrics, LLLP, and against Roka Apparel Products, LLC;

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of the plaintiff, Alexander Fabrics, LLLP in the amount of $50,000.00 (FIFTY THOUSAND DOLLARS AND NO CENTS) and against the defendant, Roka Apparel Products, LLC.

                      DR. PETER T. DALLEO
                      Clerk of Court

             By: *Marie McDavid*
                      Deputy Clerk

March 13, 2008

```
FILED
MAR 1 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```